IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 5 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| NORMA ORTIZ and CATALINA GARCIA | §<br>§ |
| **Plaintiffs** | §<br>§ |
| vs. | §<br>§ |
| BROWNSVILLE INDEPENDENT | §<br>§ |
| SCHOOL DISTRICT, RANDY DUNN, | § |
| NOE SAUCEDA, and EDDIE ERRISURIZ, | § |
| in their official and  individual capacity, and | § |
| employees, agents, and all those acting in | § |
| concert or at their discretion | §<br>§ |
| **Defendants** | § |

CIVIL ACTION NO. **B- 0 2 - 1 8 4**

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:

1.

Please take notice that Defendant Brownsville Independent School District, hereby removes
to this Court the state court action described below.

2.

This action was commenced on January 11, 2002, in the 357th Judicial District Court of
Cameron County, Texas, as Cause No. 2002-01-153-E.  Defendants Brownsville Independent School
District, Randy Dunn, Marilyin del Bosque Gilbert, Noe Sauceda and Eddie Errisuriz, were served
with citation and received their first notice of this cause on January 15, 2002.  As of this date, the
case was styled Norma Ortiz and Catalina Garcia vs. Brownsville Independent School District,
Randy Dunn, Marilyn Del Bosque Gilbert, Noe Sauceda and Eddie Errisuriz .  In Plaintiffs' Third

Amended Original Petition filed and served on Defendants on August 27, 2002, Plaintiffs have alleged for the first time a federal cause of action under 42 U.S.C. § 1983, claiming that they have been deprived of their rights, as set forth below, contrary to the First and Fourteenth Amendments to the United States Constitution. Specifically, Plaintiffs, Ortiz and Garcia, claim that they have been deprived of their rights to free speech and freedom of association and that Defendants have conspired to deprive them of their rights under the First and Fourteenth Amendments. Plaintiff, Garcia, further claims that she has been deprived of her right to due process speech, right to privacy and right to obtain public information in accordance with the Texas Open Records Act, in violation of the First and Fourteenth Amendments. Please be advised that on August 28, 2002, the District Court granted the parties' Joint Motion to Dismiss Marilyn del Bosque-Gilbert, in her individual and official capacities, from this suit with prejudice. On or about September 12, 2002, the District Court granted the individual Defendants (Randy Dunn, Noe Sauceda, and Eddie Errsuriz) Standard and No-Evidence Motions for Summary Judgment and denied all of Plaintiffs' claims against these individuals, leaving only the School District as a Defendant.

3.

This action is a civil action of which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 and 28 U.S.C. § 1343; therefore, it is removable to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441, since it is a civil action over which the Federal district courts have original jurisdiction over the subject matter pursuant to the statutory provisions noted above, and since the case arises under the laws of the Constitution and the United States.

4.

This Notice of Removal is filed within thirty (30) days of receipt by Defendant of Plaintiffs'

Third Amended Original Petition, and is therefore timely filed pursuant to the provisions of 28

U.S.C. §1446(b).

5.

A copy of all process, pleadings and orders served on Defendant in this action and the State

court docket sheet is attached to this Notice, pursuant to Civil Local Rule 81 of the Southern District

of Texas.

WHEREFORE, PREMISES CONSIDERED, Defendant, Brownsville Independent School

District prays that this cause be removed to the United States District Court for the Southern District

of Texas, Brownsville Division, and that the said Court grant said Defendant all relief, special or

general, at law or in equity, to which it shows itself justly entitled.

Respectfully Submitted,

WALSH, ANDERSON, BROWN,
   SCHULZE & ALDRIDGE, P.C.
100 NE Loop 410, Suite 1000
San Antonio, Texas 78216
Tel No. 210-979-6633
Fax No. 210-979-7024

By:

JOE A. DE LOS SANTOS,
Attorney-in-Charge
State Bar No. 24007100
Admission No. 24370

DANIEL M. "MATT" BURNS
State Bar No. 03443900

ATTORNEYS FOR DEFENDANT
BROWNSVILLE INDEPENDENT SCHOOL
DISTRICT

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing Notice of Removal has been sent by certified mail, return receipt requested on the ____ day of September, 2002, to:

Michael Pruneda                         **Certified Mail, Return Receipt Requested**
The Pruneda Law Firm, P.L.L.C           **No. 7002 0510 0002 6095 5873**
P.O. Box T
Pharr, Texas 78577

JOE A. DE LOS SANTOS

- 4 -

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NORMA ORTIZ and CATALINA GARCIA | § | |
| | § | |
| **Plaintiffs** | § | |
| | § | **B 02-184** |
| vs. | § | CIVIL ACTION NO. _____ |
| | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, RANDY DUNN, | § | |
| NOE SAUCEDA, and EDDIE ERRISURIZ, | § | |
| in their official and individual capacity, and | § | |
| employees, agents, and all those acting in | § | |
| concert or at their discretion | § | |
| | § | |
| **Defendants** | § | |

## SUPPLEMENT TO JS 44 CIVIL COVER SHEET
## AND LIST OF COUNSEL OF RECORD

Was Jury Demand Made in State Court?  Yes__X__  No____

If "Yes", by which party, and on what date?  Plaintiffs, on January 11, 2002.

Names of Parties & Attorneys of Record:

Mr. Michael Pruneda
The Pruneda Law Firm, P.L.L.C.
P.O. Box T
944 West Nolana Loop, Suite B
TEL NO. (956) 702-9675
FAX NO. (956) 702-9659
State Bar No. 24025601

Attorney for Plaintiffs,
Norma Ortiz and
Catalina Garcia

Walsh, Anderson, Brown,
    Schulze & Aldridge, P.C.
100 NE Loop 410, Suite 1000
San Antonio, Texas 78216
TEL NO. (210) 979-6633
FAX NO. (210) 979-7024
**Mr. Joe A. De Los Santos**
Attorney in Charge
State Bar No. 24007100
Admission No. 24370
Daniel M. Burns
State Bar No. 03443900
Attorneys for Defendant,
Brownsville Independent School District

Counterclaims, Crossclaims & Third Party Claims:  None

9/24/02
_____
Date

_____
Signature of Attorney of Record for Removing Party

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

NORMA ORTIZ and CATALINA GARCIA §
§
    **Plaintiffs** §
§
vs. §        CIVIL ACTION NO. _____
§
§
**BROWNSVILLE INDEPENDENT** §
**SCHOOL DISTRICT, RANDY DUNN,** §
**NOE SAUCEDA, and EDDIE ERRISURIZ,** §
**in their official and individual capacity, and** §
**employees, agents, and all those acting in** §
**concert or at their discretion** §
§
    **Defendants** §

**B 02-184**

## INDEX OF MATTERS BEING FILED

1. State Court Civil Docket Sheet

2. Plaintiff's Original Petition

3. Citations and Return of Service for All Defendants

4. Plaintiff's Request for Jury Trial (1/11/02)

5. Defendants' Original Answer

6. Defendants' Motion for Partial Summary Judgment

7. Plaintiffs' Motion to Compel

8. Plaintiffs' Motion for Telephonic Docket Control Conference

9. Plaintiffs' Motion to Compel and Release Records

10. Plaintiffs' First Amended Original Petition

11. Plaintiffs' Request for Jury Trial (6/28/02)

12. Defendants' First Amended Original Answer

13.    Notice of Appearance of Counsel

14.    Plaintiffs' Motion for Continuance

15.    Defendant's Rule 166a(i) No Evidence Motion for Summary Judgment

16.    Defendant's Standard Motion for Summary Judgment

17.    Defendants' Response to Plaintiffs' Motion for Continuance

18.    Plaintiffs' Motion to Quash and Protective Order

19.    Rule 11 Agreement regarding dismissal of Defendant Marilyn Del Bosque-Gilbert with Prejudice in both her official and individual capacity

20.    Plaintiffs' Motion to Dismiss with Prejudice (Marilyn Del Bosque-Gilbert)

21.    Subpoenas (Johnny Cavazos)

22.    Plaintiffs' Third Amended Original Petition

23.    Plaintiffs' Response to Defendants' "No Evidence" Motion for Summary Judgment and proposed Order

24.    Plaintiffs' Response to Defendants' Motion for Summary Judgment

25.    Plaintiffs' Request for Jury Trial (8/27/02)

26.    Defendants' Motion to Quash and for Protective Order

27.    Defendants' Objections and Motion to Strike Plaintiffs' Summary Judgment Evidence

28.    Defendants' Motion to Strike Plaintiffs' Third Amended Petition

29.    Plaintiffs' Brief to the Court

30.    Plaintiffs' Response to Defendants' Objections and Motion to Strike Summary Judgment Evidence

31.    Plaintiffs' Response to Defendants' Motion to Strike Amended Petition

32.    Order Setting Hearing on Plaintiffs' Motion to Compel

RUN DATE 09/20/02
RUN TIME 2:19 PM

PAGE: 01
2002-01-000153-E

* * * C L E R K ' S   E N T R I E S * * *

NORMA ORTIZ AND CATALINA GARCIA

VS

BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, ET AL

00596101
MICHAEL PRUNEDA
P.O. BOX T
PHARR, TEXAS                    78577 0000

00608901
JOE DE LOS SANTOS
100 NE LOOP 410, SUITE 1000
SAN ANTONIO, TX                 78216 0000

PAGE: 01

2002-01-000153-E

01      11      02

(10)                    DAMAGES

| | | |
|---|---|---|
| 01/11/02 | ORIGINAL PETITION FILED |
| 01/11/02 | CITATION: BROWNSVILLE INDEPENDENT SCHOOL DISTRICT |
| 01/11/02 | CITATION: RANDY DUNN                 FILED: 01/18/02 |
| | SERVED: 01/15/02 |
| 01/11/02 | CITATION: EDDIE ERRISURIZ           FILED: 01/18/02 |
| | SERVED: 01/15/02 |
| 01/11/02 | CITATION: NOE SAUCEDA               FILED: 01/18/02 |
| | SERVED: 01/15/02 |
| 01/11/02 | CITATION: MARILYN DEL BOSQUE GILBERT FILED: 01/18/02 |
| | SERVED: 01/15/02 |
| 01/11/02 | PLAINTIFF'S REQUEST FOR JURY TRIAL |
| 01/11/02 | JURY FEE: Pd. by MICHAEL PRUNEDA |
| 01/11/02 | ORIGINAL ANSWER: BROWNSVILLE INDEPENDENT SCHOOL DISTRICT |
| 02/05/02 | ORIGINAL ANSWER: RANDY DUNN |
| 02/05/02 | ORIGINAL ANSWER: MARILYN DEL BOSQUE GILBERT |
| 02/05/02 | ORIGINAL ANSWER: NOE SAUCEDA |
| 02/05/02 | ORIGINAL ANSWER: EDDIE ERRISURIZ |
| 03/07/02 | MTN FOR PARTIAL SUMMARY JUDGMENT/Ecortez |
| 05/16/02 | PLS' MTN TO COMPEL/Ecortez |
| 06/27/02 | PLTFS' MOTION FOR TELEPHONIC DOCKET CONTROL CONFERENCE/Gmedrano |
| 06/27/02 | PLAINTIFFS' MOTION TO COMPEL AND RELEASE RECORDS/C.OSTOS |
| 06/28/02 | PLAINTIFFS' FIRST AMENDED ORIGINAL |

HEARING ON PLS' MTN TO COMPEL SET FOR 06/03/02 AT 10:00 A.M.
AS PER ORDER....ROLVERA/ECORTEZ

ORDER SETTING TELEPHONIC DOCKET CONTROL CONFERENCE IS SET FOR
08/08/02 @ 2:00 P.M. SIGNED FOR ENTRY. JROLVERA/C.OSTOS

ORDER SETTING DEFS' NO EVIDENCE MTN FOR SUMMARY JDGMT &
STANDARD MTN FOR SUMMARY JDGMT IS SET FOR HEARING ON
08/22/2002 @ 9:00 A.M. SIGNED FOR ENTRY. JROLVERA/C.OSTOS

PLS' MTN FOR CONTINUANCE IS SET FOR HEARING ON 08/09/2002 @
10:30 A.M. SIGNED FOR ENTRY. JROLVERA/C.OSTOS

ORDER ON MOTIONS TO COMPEL SIGNED FOR ENTRY. JROLVERA/C.OSTOS

ORDER TO TURN OVER TO PLS COPIES OF ALL THE VIDEOCASSETTE TAPES
OF THE MEETING IN WHICH PL GARCIA SPOKE PUBLICLY, ATTEMPTED
TO SPEAK PUBLICLY AND SIGNED THE ATTENDANCE LOG USED IN THE
REGULAR COURSE OF BUSINESS OF SUCH MEETINGS THAT DF CAN
IDENTIFY; DF DR NOE SAUCEDA SHALL SUBMIT TO DEPOSITION FOR
EXAMINATION BY PLS WITHIN THE NEXT THIRTY DAYS; AS PER
ODER SIGNED FOR ENTRY. JROLVERA/C.OSTOS

PLTIF'S MOTION TO QUASH AND FOR PROTECTIVE ORDER SET FOR
SEPT. 3, 2002 AT 9:00 A.M.      JROLVERA/GMedrano

DFS, BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, RANDY DUNN,
MARILYN DEL BOSQUE GILBERT, NOE SAUCEDA AND EDDIE ERRISURIZ
MOTION TO QUASH AND FOR PROTECTIVE ORDER SET FOR HEARING
ON 09/3/2002 @ 10:00 A.M. SIGNED FOR ENTRY. JROLVERA/C.O.

ORDER ON JOINT MTN TO DISMISS WITH/PREJ       JROLVERA/COSTOS
(AS TO DF MARILYN DEL BOSQUE-GILBERT)

ORDER ON DFS' OBJECTIONS AND MOTION TO STRIKE PL'S SUMMARY
JUDGMENT EVIDENCE SIGNED FOR ENTRY. JROLVERA/C.OSTOS

ORDER GRANTING NO EVIDENCE SUMMARY JDGT       JROLVERA/COSTOS
(AS TO DFS RANDY DUNN, NOE SAUCEDA, EDDIE ARRISURIZ)

| | |
|---|---|
| 05/15/02 | 06/03/02 AT 10:00 A.M. |
| 05/16/02 | |
| 07/24/02 | |
| 07/24/02 | |
| 07/24/02 | |
| 07/24/02 | |
| 08/05/02 | |
| 08/05/02 | |
| 08/09/02 | |
| 08/09/02 | |
| 08/09/02 | |
| 08/09/02 | |
| 08/09/02 | |
| 08/09/02 | |
| 08/09/02 | |
| 08/09/02 | |
| 09/19/02 | |
| 09/19/02 | |
| 08/28/02 | |
| 08/28/02 | |
| 08/28/02 | |
| 08/28/02 | |
| 08/28/02 | |
| 09/12/02 | |
| 09/12/02 | |
| 09/12/02 | |
| 09/12/02 | |

```
RUN DATE 09/20/02                                                          PAGE: 03
RUN TIME 2:19 PM

                          *  *  *   C L E R K ' S   E N T R I E S   *  *  *

                                                                    2002-01-000153-B

NORMA ORTIZ AND CATALINA GARCIA                 00596101                      01    11    02
                                                MICHAEL PRUNEDA
                                                P.O. BOX T
                          VS                    PHARR, TEXAS        78577 0000

                                                00608901            DAMAGES       (10)
                                                JOE DE LOS SANTOS
BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, ET AL  100 NE LOOP 410, SUITE 1000
                                                SAN ANTONIO, TX    78216 0000


08/27/02    PLAINTIFFS' REQUEST FOR JURY
            TRIAL/C.OSTOS
08/28/02    DEFENDANTS' MOTION TO QUASH AND FOR
            PROTECTIVE ORDER/C.OSTOS
09/03/02    DEFENDANTS' OBJECTION AND MOTION TO
            STRIKE PLAINTIFFS' SUMMARY
            JUDGMENT EVIDENCE/C.OSTOS
09/03/02    MTN TO STRIKE PLAINTIFFS' THIRD
09/04/02    AMENDED PETITION/C.OSTOS
            PLAINTIFFS' BRIEF TO COURT/C.OSTOS
09/05/02    PLAINTIFFS' RESPONSE TO DEFENDANTS'
09/05/02    OBJECTIONS AND MOTION TO
            STRIKE SUMMARY JUDGMENT
09/05/02    EVIDENCE/C.OSTOS
            PLAINTIFFS' RESPONDENT TO DEFENDANTS'
09/18/02    MOTION TO STRIKE AMENDED
09/18/02    PETITION/C.OSTOS
```

CAUSE NO. _____



| NORMA ORTIZ and CATALINA GARCIA | ♦ | IN THE _____ DISTRICT COURT |
| V. | ♦ | |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, RANDY DUNN, MARILYN DEL BOSQUE GILBERT, NOE SAUCEDA, and EDDIE ERRISURIZ, in their official and individual capacity, and employees, agents, and all those acting in concert or at their discretion | ♦ | OF |
| | ♦ | CAMERON COUNTY, TEXAS |

## PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME, PLAINTIFFS NORMA ORTIZ and CATALINA GARCIA (hereinafter referred to as "Plaintiffs"), complaining of BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, RANDY DUNN, MARILYN DEL BOSQUE GILBERT, NOE SAUCEDA, and EDDIE ERRISURIZ, in their official and individual capacity and employees, agents, and all those acting in concert or at their discretion, (hereinafter called by name or referred to as "Defendants"), and for such causes of action shows unto the court the following:

### I.
## DISCOVERY LEVEL

The cause of action should be governed in accordance with Discovery Level 2 of the Texas Rules of Civil Procedure.

### II.
## PARTIES

Plaintiff, NORMA ORTIZ, is a resident of Cameron County, Texas.

Plaintiff, CATALINA GARCIA, is a resident of Cameron County, Texas.

Defendant, BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, is an independent school district operating in Texas that can be served by delivering citation to its superintendent Noe Sauceda at 1900 Price Road, Brownsville, Texas 78521-2417 or wherever found.

Defendant, RANDY DUNN, is a resident of Cameron County, Texas and can be served by delivering citation to 1900 Price Road, Brownsville, Texas 78521-2417 or wherever found.

Defendant, MARILYN DEL BOSQUE GILBERT, is a resident of Cameron County, Texas and can be served by delivering citation to 1900 Price Road, Brownsville, Texas 78521-2417 or wherever found.

Defendant, EDDIE ERRISURIZ, is a resident of Cameron County, Texas and can be served by delivering citation to 1900 Price Road, Brownsville, Texas 78521-2417 or wherever found.

Defendant, NOE SAUCEDA, is a resident of Cameron County, Texas and can be served by delivering citation to 1900 Price Road, Brownsville, Texas 78521-2417 or wherever found.

Venue is proper in Cameron County, Texas in that the acts made the basis of this cause of action occurred in Cameron County. Further, both Plaintiffs and Defendants are located within and/ or are residents of Cameron County, Texas.

III.
## FACTUAL ALLEGATIONS

Plaintiff Norma Ortiz is a long time employee of Brownsville I.S.D. and is a loyal, dedicated, and hard working employee. Plaintiff began her career with the Defendant on or about 1972 as a P.E. Aid and worked her way up to the Position of School Board Secretary. Plaintiff held the position of School Board Secretary for approximately (15) years. Despite Plaintiff Ortiz's performance, dedication, and efforts, Defendant failed to give Plaintiff the opportunity work free of hostility during her employment and continue in that position. Ultimately, Plaintiff Ortiz suffered a job demotion on November 28, 2001 to Secretary of Professional Development. The harassment of Plaintiff Ortiz also included threats to District employees and other persons to stay away from Plaintiff Ortiz and not to speak or associate with her. Plaintiff believes that the various acts of

unlawful discrimination and demotion resulted from her associations with certain board members and Plaintiff Garcia.

As a result, Plaintiff Ortiz sues the Defendants for violation of her civil rights arising under the Constitution and laws of the sovereign state of Texas.

Plaintiff Garcia, a former employee of the Brownsville Independent School District, was a candidate for a seat on the Brownsville School Board for the May 6, 2001 election. Subsequent to the election, Plaintiff expressed her intentions of submitting applications for employment for several posted job openings. Plaintiff was asked by Defendant Sauceda *"how would Mrs. Del Bosque and Mr. Dunn feel if you were hired?"* Plaintiff Garcia continued to express her desire to hold a non-contractual position with the district. Defendant Sauceda responded: *"that's the price you pay for getting into politics."*

Plaintiff Garcia, also on many occasions, was not allowed to voice her opposition of matters that directly affected the school district during several meetings of the School Board and on other occasions was not allowed to continue speaking unlike others in attendance. The harassment of Plaintiff Garcia included, but is not limited to, threats to District employees and other persons to stay away from Plaintiff Garcia and not to speak or associate with her.

Plaintiff Garcia believes that the unlawful acts against her were in retaliation for her political involvement, speech, association, and candidacy in violation of her civil rights arising under the Constitution and laws of the sovereign state of Texas. As a result, Plaintiff Garcia sues RANDY DUNN, MARILYN DEL BOSQUE GILBERT, NOE SAUCEDA, and EDDIE ERRISURIZ, in their official and individual capacity, and employees, agents, and all those acting in concert or at their discretion for violation of her civil rights arising under the Constitution and laws of the sovereign state of Texas.

IV.
## CONSTITUTIONAL CAUSE OF ACTION—
### *FREE SPEECH, FREEDOM OF ASSOCIATION*

Plaintiff Ortiz alleges that the Defendants' actions as alleged establish arbitrary, capricious, unreasonable, unlawful and discriminatory acts which resulted in the denial of the Plaintiff Ortiz's civil rights under and in violation of, *Article I, section 8* of the Constitution of the State of Texas. These acts that subjected Plaintiff Ortiz to the deprivations of rights guaranteed to all individuals the freedom of speech, political expression, political affiliation and association were unlawful in that they were based to an impermissible extent on Plaintiff Ortiz's political speech and association.

Plaintiff Garcia alleges that the actions of RANDY DUNN, MARILYN DEL BOSQUE GILBERT, NOE SAUCEDA, and EDDIE ERRISURIZ, in their official and individual capacity, and employees, agents, and all those acting in concert or at their discretion, as alleged establish arbitrary, capricious, unreasonable, unlawful and discriminatory acts which resulted in the denial of the Plaintiff Garcia's civil rights under and in violation of, *Article I, section 8* of the Constitution of the State of Texas. These acts that subjected Plaintiff Garcia to the deprivations of rights guaranteed to all individuals the freedom of speech, political expression, political affiliation and association were unlawful in that they were based to an impermissible extent on Plaintiff Garcia's political speech and association.

V.
## INCORPORATION OF ALLEGATIONS

All of the allegations in each of the paragraphs are incorporated by reference into each of the following claims for relief as if fully set forth in each such claim.

VI.
## EXCLUSION OF FEDERAL CLAIMS

Plaintiffs hereby give notice to all that they only allege state claims in this suit and specifically exclude, and do not intend to litigate herein, any federal cause of action. The only

causes of action that they intend to litigate in this Court are those concerning rights arising under the laws of the sovereign State of Texas.

## VII.
## JURY TRIAL REQUEST

Plaintiffs request that a jury be convened in order that issues the basis of this lawsuit be tried.

## VIII.
## ACTUAL DAMAGES

As a result of the incidents described above that are made the basis of this suit, Plaintiffs have suffered from an infringement of their civil rights. In all reasonable probability, Plaintiffs will continue to suffer such for a long time into the future, if not for the balance of their natural lives. Such injury will likely exist for the remainder of Plaintiffs' lifetime. Plaintiffs seek to recover all damages to which they may be appropriately entitled and the court deems proper.

## IX.
## INJUNCTIVE RELIEF

The continuing nature of the denial of Plaintiffs' fundamental rights that arbitrarily and irrationally have been denied and will deny to Plaintiffs rights and entitlements under the laws described above, is resulting in immediate and irreparable harm to the Plaintiffs and others. Plaintiffs are therefore entitled to temporary and permanent injunctive orders restraining all the Defendants herein, as alleged in their separate causes of action, from continuing with such action and future action. Additionally, Plaintiffs request that this court order a permanent injunction, based on the customary nature of the unlawful acts, that Defendants and employees, agents and all those acting in concert with them or at their discretion refrain from denying Plaintiffs the rights infringed upon in this action. Thereafter, Defendants shall comply, follow, govern, and enforce such orders.

## X.
## DISCOVERY REQUESTS

Attached to the Original Petition, Plaintiffs propounded to the Defendants:

1. Plaintiffs' Request for Disclosure to Defendants BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, RANDY DUNN, MARILYN DEL BOSQUE GILBERT, NOE SAUCEDA, and EDDIE ERRISURIZ, in their official and individual capacity and employees, agents, and all those acting in concert or at their discretion;

2. Plaintiff's First Set of Interrogatories to Defendants BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, RANDY DUNN, MARILYN DEL BOSQUE GILBERT, NOE SAUCEDA, and EDDIE ERRISURIZ, in their official and individual capacity and employees, agents, and all those acting in concert or at their discretion; and

3. Plaintiff's Request for Production to Defendants BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, RANDY DUNN, MARILYN DEL BOSQUE GILBERT, NOE SAUCEDA, and EDDIE ERRISURIZ, in their official and individual capacity and employees, agents, and all those acting in concert or at their discretion.

These discovery requests should be answered accordingly and in compliance with the Texas Rules of Civil Procedure.

## XI.
## DECLARATORY RELIEF

This lawsuit involves an actual controversy within this Court's jurisdiction. Thus, the Court may declare the rights and other legal relations of the Plaintiffs and grant such other necessary and proper relief allowed by a declaratory judgment.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that this Honorable Court grant the following:

a). Entering a permanent injunction, declaratory judgment, restraining and enjoining the Defendants, its officers, agents, employees, attorneys, and successors in office, and all other persons in active concert and participation with them, from retaliating against the Plaintiffs or otherwise violate their rights; and

c). such other appropriate relief as Plaintiffs may be justly entitled and the Court deems proper.

Respectfully submitted,

THE PRUNEDA LAW FIRM, P.L.L.C.

P.O. Box T
Pharr, Texas 78577
Tel: (956) 702-9675
Fax: (956) 702-9659

By: _____
MICHAEL PRUNEDA
State Bar No. 24025601

ATTORNEY FOR PLAINTIFFS

Citation for Personal Service  - GENERAL _____   Lit. Seq. # 5.003.01

No. 2002-01-000153-E

**ORIGINAL**

T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: BROWNSVILLE INDEPENDENT SCHOOL DISTRICT
    NOE SAUCEDA
    1900 PRICE ROAD
    BROWNSVILLE, TEXAS 78521-2417
    OR WHEREVER FOUND

**RECEIVED**
AT _____ O'CLOCK ___ M
JAN 14 2002
CIVIL PROCESS-TONY ESPINOZA
P. O. BOX 235
EDINBURG, TEXAS

the ____ DEFENDANT ____ , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 357th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said _____ PETITION _____ was filed on JANUARY 11, 2002 . A copy of same accompanies this citation.

The file number of said suit being No. 2002-01-000153-E.

The style of the case is:

NORMA ORTIZ AND CATALINA GARCIA
VS.
BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, ET AL

Said petition was filed in said court by _____ MICHAEL PRUNEDA _____
(Attorney for _____ PLAINTIFF _____ ), whose address is
P.O. BOX T PHARR, TEXAS 78577 _____.

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 11th day of JANUARY , A.D. 2002.

AURORA DE LA GARZA , DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521
By _____ , Deputy

R E T U R N   O F   O F F I C E

Came to hand the _14th_ day of _Jan_ , _2002_ at _4:00_ o'clock __ .M. and executed (not executed) on the _15_ day of _Jan_ , _2002_ , by delivering to _Brownsville Independent School District_ person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the _Original petition, Request for Jury Trial Request for Disclosure Request for Interrogatories & Production_.

Cause of failure to execute this citation is: _____

FEES serving 1 copy

Total..... $ _85²_

Fees paid by: _Michael Prumeda_

Civil Process - Tony Espinoza
P. O. Box 235
Edinburg, Texas 78540

Sheriff/Constable _____ County, TEXAS

By _____

FILED _9:00_ O'CLOCK _A_ M
AURORA DE LA GARZA, DIST. CLERK

JAN 18 2002

DISTRICT COURT, CAMERON COUNTY, TEXAS
BY _Tony Mendoz_ DEPUTY

## VERIFICATION

Before me, the undersigned Notary Public, on this day in person appeared Tony Espinoza, on behalf of CIVIL PROCESS-TONY ESPINOZA, and being by me duly sworn on his oath, stated that he has read the above return; that he has no interest in said lawsuit; and that every statement is within his personal knowledge and true and correct.

CIVIL PROCESS-TONY ESPINOZA

BY _____
TONY ESPINOZA

SUBSCRIBED AND SWORN TO BEFORE ME ON THIS THE _15th_ DAY OF _____ , 2002

_____
NOTARY PUBLIC/ STATE OF TEXAS

WILMA L. TEAL
Notary Public,
State of Texas My
Comm. Exp. 6-2-2004

Citation for Personal Service  - GENERAL          Lit. Seq. # 5.004.01

No. 2002-01-000153-E

**ORIGINAL**

T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: RANDY DUNN
1900 PRICE ROAD
BROWNSVILLE, TEXAS 78521/2417
OR WHEREVER FOUND

RECEIVED
AT _____ O'CLOCK ____ M

JAN 1 4 2002

CIVIL PROCESS-TONY ESPINOZA
P. O. BOX 295
EDINBURG, TEXAS

the _____ DEFENDANT _____ , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 357th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said _____ PETITION _____ was filed on JANUARY 11, 2002 . A copy of same accompanies this citation.

The file number of said suit being No. 2002-01-000153-E.

The style of the case is:

NORMA ORTIZ AND CATALINA GARCIA
VS.
BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, ET AL

Said petition was filed in said court by _____ MICHAEL PRUNEDA _____
(Attorney for _____ PLAINTIFF _____ ), whose address is
P.O. BOX T PHARR, TEXAS 78577                                      .

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 11th day of JANUARY , A.D. 2002.

AURORA DE LA GARZA _____ , DISTRICT CLERK
_____ County, Texas
974 E. Harrison St.
Brownsville, Texas 78521

Jessica Zapata _____ , Deputy

R E T U R N   O F   O F F I C E R

Came to hand the _14_ day of _Jan_ , _2002_ , at _420_ o'clock _P_.M., and

executed (not executed) on the _15th_ day of _Jan_ , _2002_ by delivering to

_Randy Dunn_ in person a true copy of this Citation,

upon which I endorsed the date of delivery, together with the accompanying copy

of the _Original petition, request for Jury Trial, Request for Disclosure, Request_

_for INTERRogatories & Production_

Cause of failure to execute this citation is: _____

_____.

Civil Process - Tony Espinoza
P.O. Box 235
Edinburg, Texas 78540

FEES serving 1 copy

Total....... $ _____ County, TEXAS

Fees paid by: _atty; Michael Pruneda_ By _Tony Espinoza_


## VERIFICATION

Before me, the undersigned Notary Public, on this day in person appeared Tony Espinoza, on behalf of CIVIL PROCESS-TONY ESPINOZA, and being by me duly sworn on his oath, stated that he has read the above return; that he has no interest in said lawsuit; and that every statement is within his personal knowledge and true and correct.

CIVIL PROCESS-TONY ESPINOZA

BY: _Tony Espinoza_

TONY ESPINOZA

SUBSCRIBED AND SWORN TO BEFORE ME ON THIS THE _15th_ DAY

OF _January_ , 2002

WILMA L. TEAL
Notary Public,
State of Texas My
Comm. Exp. 6-2-2004

NOTARY PUBLIC STATE OF TEXAS

_Wilma L. Teal_

Citation for Personal Service — GENERAL                    L... Seq. # 5.007.01

No. 2002-01-000153-E

**ORIGINAL**

T H E   S T A T E   O F   T E X A S

    NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: EDDIE ERRISURIZ
    1900 PRICE ROAD
    BROWNSVILLE, TEXAS 78521-2417
    OR WHEREVER FOUND

    the _____DEFENDANT_____ , GREETING:

    You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 357th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said _____PETITION_____ was filed on JANUARY 11, 2002 . A copy of same accompanies this citation.

The file number of said suit being No. 2002-01-000153-E.

The style of the case is:

        NORMA ORTIZ AND CATALINA GARCIA
                VS.
    BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, ET AL

Said petition was filed in said court by _____MICHAEL PRUNEDA_____ (Attorney for _____PLAINTIFF_____ ), whose address is P.O. BOX T PHARR, TEXAS 78577 .

    The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

    The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

    Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 11th day of JANUARY , A.D. 2002.

        AURORA DE LA GARZA , DISTRICT CLERK
        Cameron County, Texas
        974 E. Harrison St.
        Brownsville, Texas 78521

        By: _____ , Deputy

R E T U R N   O F   O F F I C E

Came to hand the _14th_ day of _Jan_ _2002_, at _4:00_ o'clock _P.M._, and

executed (not executed) on the _15th_ day of _Jan_ _2002_, by delivering to

_EDDIE ERDISURIZ_ in person a true copy of this Citation,

upon which I endorsed the date of delivery, together with the accompanying copy

of the _Original petition Regust for Jury Trial Regust for Disclosure_
_Regust for Interrogatories & Production_ .

Cause of failure to execute this citation is: _____

Civil Process - Tony Espinoza
P. O. Box 235
Edinburg, Texas 78540

FEES serving 1 copy _____ _____ County, TEXAS

Total....... $ _____ By _Tony Espinoza_ D_____

Fees paid by: _Atty Michael Arends_

FILED _9:00_ O'CLOCK _A_ M
AURORA DE LA GARZA, DIST CLERK


## VERIFICATION

Before me, the undersigned Notary Public, on this day in person appeared Tony
Espinoza, on behalf of CIVIL PROCESS-TONY ESPINOZA, and being by me duly
sworn on his oath, stated that he has read the above return; that he has no interest in said
lawsuit; and that every statement is within his personal knowledge and true and correct.

CIVIL PROCESS-TONY ESPINOZA

BY: _Tony Espinoza_
     TONY ESPINOZA

SUBSCRIBED AND SWORN TO BEFORE ME ON THIS THE _15th_ DAY
OF _January_ , 2002

_Wilma L. Teal_
NOTARY PUBLIC/ STATE OF TEXAS

WILMA L. TEAL
Notary Public,
State of Texas My
Comm. Exp. 6-2-2004

Citation for Personal Service  - GENERAL_____    Lit. Seq. # 5.006.01

No. 2002-01-000153-E

**ORIGINAL**

T H E   S T A T E   O F   T E X A S

       NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: NOE SAUCEDA
     1900 PRICE ROAD
     BROWNSVILLE, TEXAS 78521-2417
     OR WHEREVER FOUND

*RECEIVED*
*AT 4:00 O'CLOCK P.M*
*JAN 14 2002*
*CIVIL PROCESS-TONY ESPINOZA*
*P. O. BOX 235*
*EDINBURG, TEXAS*

the _____ DEFENDANT _____ , GREETING:

      You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 357th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said _____ PETITION _____ was filed on JANUARY 11, 2002 . A copy of same accompanies this citation.

The file number of said suit being No. 2002-01-000153-E.

The style of the case is:

_____ NORMA ORTIZ AND CATALINA GARCIA _____
VS.
_____ BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, ET AL _____

Said petition was filed in said court by _____ MICHAEL PRUNEDA _____
(Attorney for _____ PLAINTIFF _____ ), whose address is
P.O. BOX T PHARR, TEXAS 78577 _____ .

      The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

      The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

      Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 11th day of JANUARY , A.D. 2002.

_____ AURORA DE LA GARZA _____ , DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521

By _____ , Deputy

RETURN OF OFFICE

Came to hand the _15th_ day of _Jan_ , _2002_ , at _4:10_ o'clock _P_ .M., and
executed (not executed) on the _15_ day of _Jan_ _2002_ _5:10 PM_ , by delivering to
_Noe Sauceda_ in person a true copy of this Citation,
upon which I endorsed the date of delivery, together with the accompanying copy
of the _Original Petition, Request for Jury Trial, Request for Disclosure, Request for_
_Interrogatories & Production_

Cause of failure to execute this citation is _____

Civil Process - Tony Espinoza
P. O. Box 235
Edinburg, Texas 78540

FEES serving 1 copy

Total....... $ _85.00_                  Sheriff/_____ County, TEXAS

Fees paid by: _Atty: Michael Pruneda_     By _Tony Espinoza_

FILED _9:00_ o'clock _A_ M
AURORA DE LA GARZA, DIST. CLERK

JAN 18 2002

DISTRICT COURT, HIDALGO COUNTY, TEXAS
BY___ _Tony Mendoza_

---

**VERIFICATION**

Before me, the undersigned Notary Public, on this day in person appeared Tony
Espinoza, on behalf of CIVIL PROCESS-TONY ESPINOZA, and being by me duly
sworn on his oath, stated that he has read the above return; that he has no interest in said
lawsuit; and that every statement is within his personal knowledge and true and correct.

CIVIL PROCESS-TONY ESPINOZA

BY_____

TONY ESPINOZA

SUBSCRIBED AND SWORN TO BEFORE ME ON THIS THE _15th_ DAY
OF _January_ , 2002

NOTARY PUBLIC, STATE OF TEXAS

Wilma L. Teal
Notary Public,
State of Texas My
Comm. Exp. 6-2-2004

Citation for Personal Service  - GENERAL_____   Lit. Seq. # 5.005.01

No. 2002-01-000153-E

THE   STATE   OF   TEXAS

*ORIGINAL*

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: MARILYN DEL BOSQUE GILBERT
1900 PRICE ROAD
BROWNSVILLE, TEXAS 78521-2417
OR WHEREVER FOUND

*RECEIVED AT 4:00 O'CLOCK*
*JAN 14 2002*
*CIVIL PROCESS-TONY ESPINOZA*
*P. O. BOX 235*
*...BURG, TEXAS*

the       DEFENDANT      , GREETING:

⟨ You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 357th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said       PETITION       was filed on JANUARY 11, 2002 . A copy of same accompanies this citation.

The file number of said suit being No. 2002-01-000153-E.

The style of the case is:

NORMA ORTIZ AND CATALINA GARCIA
VS.
BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, ET AL

Said petition was filed in said court by       MICHAEL PRUNEDA
(Attorney for       PLAINTIFF       ), whose address is
P.O. BOX T PHARR, TEXAS  78577                                    .

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 11th day of JANUARY , A.D. 2002.

AURORA DE LA GARZA      , DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521
By:                                     , Deputy

RETURN OF OFFICER

Came to hand the 14th day of *Jan*, 2002, at 4:20 o'clock P.M., and executed (not executed) on the 15th day of *Jan*, 2002, 5:15pm by delivering to *MARILYN Del Bosque Gilbert* in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the *Original Petition, Request for Jury trail, Request for Disclosure, Request for Interrogatories & Production* _____

Cause of failure to execute this citation is: _____

_____.

FEES serving 1 copy

Total....... $ 85⁰⁰

Fees paid by: *atty. Michael Pineda*

Civil Process - Tony Espinoza
P O. Box 235
Edinburg, Texas 78540

_____ County, TEXAS

By _____

FILED 9:05 _____
AURORA DE LA GARZA, DIST CLERK

VERIFICATION

Before me, the undersigned Notary Public, on this day in person appeared Tony Espinoza, on behalf of CIVIL PROCESS-TONY ESPINOZA, and being by me duly sworn on his oath, stated that he has read the above return; that he has no interest in said lawsuit; and that every statement is within his personal knowledge and true and correct.

CIVIL PROCESS-TONY ESPINOZA

BY: _____
TONY ESPINOZA

SUBSCRIBED AND SWORN TO BEFORE ME ON THIS THE 15th DAY
OF *Jan*, 2002

*Wilma L. Teal*
NOTARY PUBLIC/ STATE OF TEXAS

WILMA L. TEAL
Notary Public,
State of Texas My
Comm. Exp. 6-2-2004

CAUSE NO. 2002-01-153-E

| | | |
|---|---|---|
| NORMA ORTIZ and CATALINA GARCIA | § | THE 357TH DISTRICT COURT |
| | § | |
| VS. | § | |
| | § | |
| BROWNSVILLE INDEPENDENT | § | OF |
| SCHOOL DISTRICT, RANDY DUNN, | § | |
| MARILYN DEL BOSQUE GILBERT, | § | |
| NOE SAUCEDA, and EDDIE ERRISURIZ, | § | |
| in their official and  individual capacity, and | § | |
| employees, agents, and all those acting in | § | |
| concert or at their discretion | § | CAMERON COUNTY, TEXAS |

FILED ___ 6:00 ___ O'CLOCK ___ A ___ M
AURORA DE LA GARZA, DIST. CLERK

FEB 05 2002

DISTRICT COURT, CAMERON COUNTY TEXAS
BY _____ DEPUTY
Rosie Sotelo

## DEFENDANTS' ORIGINAL ANSWER

1.      Defendants Brownsville Independent School District, Randy Dunn, Marilyn Del Bosque Gilbert, Noe Sauceda and Eddie Errisuriz, in all capacities in which said Defendants have been sued, file their Original Answer to Plaintiffs' Original Petition in this matter.  Defendants would respectfully show the Court as follows:

2.      Defendants enter a general denial pursuant to Tex. R. Civ. P. 92.

3.      Defendants demand trial by jury of all material issues of fact herein pursuant to Tex. R. Civ. P. 216.

4.      Wherefore, premises considered, Defendants pray that Plaintiffs take nothing by this suit; that Defendants recover all costs and attorneys' fees herein expended; and that Defendants be awarded such other and further relief, both general and specific, at law or in equity, to which Defendants may be justly entitled.

ORIGINAL ANSWER

Respectfully submitted,

WALSH, ANDERSON, BROWN,
  SCHULZE & ALDRIDGE, P.C.
100 NE Loop 410, Suite 1000
San Antonio, Texas 78216
TEL NO. (210) 979-6633
FAX NO. (210) 979-7024


JOE DE LOS SANTOS
State Bar No. 24007100

DANIEL M. "MATT" BURNS
State Bar No. 03443900

ATTORNEYS FOR DEFENDANTS,
BROWNSVILLE INDEPENDENT SCHOOL
DISTRICT, ET. AL.

## CERTIFICATE OF SERVICE

    I hereby certify that on the 1st day of February, 2002, a true and correct copy of the above and foregoing pleading was served upon counsel of record by placing same in the United States mail, certified, return receipt requested, postage prepaid and addressed as follows:

Michael Pruneda             Certified Mail, Return Receipt
The Pruneda Law Firm, P.L.L.C    No. 7099 3220 0001 0978 6139
P.O. Box T
Pharr, Texas 78577


JOE A. DE LOS SANTOS

CAUSE NO. 2002-01-153-E

| | | |
|---|---|---|
| NORMA ORTIZ and CATALINA GARCIA | ◆ | IN THE 357th DISTRICT COURT |
| | ◆ | |
| V. | ◆ | |
| | ◆ | |
| | ◆ | |
| | ◆ | |
| BROWNSVILLE INDEPENDENT SCHOOL | ◆ | OF |
| DISTRICT, RANDY DUNN, MARILYN | ◆ | |
| DEL BOSQUE GILBERT, NOE SAUCEDA, | ◆ | |
| and EDDIE ERRISURIZ, in their official and | ◆ | |
| individual capacity, and employees, agents, and all | ◆ | |
| those acting in concert or at their discretion | ◆ | CAMERON COUNTY, TEXAS |

FILED 9:01 O'CLOCK ___ M
AURORA DE LA GARZA DIST. CLERK
JUN 28 2002
DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____ DEPUTY

# PLAINTIFFS' FIRST AMENDED—
## *ORIGINAL PETITION*

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, PLAINTIFFS NORMA ORTIZ and CATALINA GARCIA (hereinafter referred to as "Plaintiffs"), complaining of BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, RANDY DUNN, MARILYN DEL BOSQUE GILBERT, NOE SAUCEDA, and EDDIE ERRISURIZ, in their official and individual capacity and employees, agents, and all those acting in concert or at their discretion, (hereinafter called by name or referred to as "Defendants"), and for such causes of action shows unto the court the following:

I.
DISCOVERY LEVEL

The cause of action should be governed in accordance with Discovery Level 2 of the Texas Rules of Civil Procedure.

II.
PARTIES

Plaintiff, NORMA ORTIZ, is a resident of Cameron County, Texas.

Plaintiff, CATALINA GARCIA, is a resident of Cameron County, Texas.

Defendant, BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, has been served and appeared herein.

Defendant, RANDY DUNN, has been served and appeared herein.

Defendant, MARILYN DEL BOSQUE GILBERT, has been served and appeared herein.

Defendant, EDDIE ERRISURIZ, has been served and appeared herein.

Defendant, NOE SAUCEDA, has been served and appeared herein.

Venue is proper in Cameron County, Texas in that the acts made the basis of this cause of action occurred in Cameron County. Further, both Plaintiffs and Defendants are located within and/ or are residents of Cameron County, Texas.

## III.
## FACTUAL ALLEGATIONS

Plaintiff Norma Ortiz is a long time employee of Brownsville I.S.D. and is a loyal, dedicated, and hard working employee. Plaintiff began her career with the Defendant on or about 1972 as a P.E. Aid and worked her way up to the Position of School Board Secretary. Plaintiff held the position of School Board Secretary for approximately (15) years. Despite Plaintiff Ortiz's performance, dedication, and efforts, Defendant failed to give Plaintiff the opportunity work free of hostility during her employment and continue in that position. Ultimately, Plaintiff Ortiz suffered a job demotion on November 28, 2001 to Secretary of Professional Development. The harassment of Plaintiff Ortiz also included threats to District employees and other persons to stay away from Plaintiff Ortiz and not to speak or associate with her. Plaintiff believes that the various acts of unlawful discrimination and demotion resulted from her associations with certain board members and Plaintiff Garcia.

As a result, Plaintiff Ortiz sues the Defendants for violation of her civil rights arising under the Constitution and laws of the sovereign state of Texas.

Plaintiff Garcia, a former employee of the Brownsville Independent School District, was a candidate for a seat on the Brownsville School Board for the May 6, 2001 election. Subsequent to the election, Plaintiff expressed her intentions of submitting applications for employment for several posted job openings. Plaintiff was asked by Defendant Sauceda *"how would Mrs. Del Bosque and Mr. Dunn feel if you were hired?"* Plaintiff Garcia continued to express her desire to hold a non-contractual position with the district. Defendant Sauceda responded: *"that's the price you pay for getting into politics."*

Plaintiff Garcia, also on many occasions, was not allowed to voice her opposition of matters that directly affected the school district during several meetings of the School Board and on other occasions was not allowed to continue speaking unlike others in attendance. The harassment of Plaintiff Garcia included, but is not limited to, threats to District employees and other persons to stay away from Plaintiff Garcia and not to speak or associate with her.

Plaintiff Garcia believes that the unlawful acts against her were in retaliation for her political involvement, speech, association, and candidacy in violation of her civil rights arising under the Constitution and laws of the sovereign state of Texas.

As a result, Plaintiff Garcia sues Defendants for violation of her civil rights arising under the Constitution and laws of the sovereign state of Texas.

## IV.
## CONSTITUTIONAL CAUSE OF ACTION—
## *FREE SPEECH, FREEDOM OF ASSOCIATION*

Plaintiff Ortiz alleges that the Defendants' actions as alleged establish arbitrary, capricious, unreasonable, unlawful and discriminatory acts which resulted in the denial of the Plaintiff Ortiz's civil rights under and in violation of, *Article I, section 8* of the Constitution of the State of Texas.

These acts that subjected Plaintiff Ortiz to the deprivations of rights guaranteed to all individuals the freedom of speech, political expression, political affiliation and association were unlawful in that they were based to an impermissible extent on Plaintiff Ortiz's political speech and association.

Plaintiff Garcia alleges that the actions of Defendants' as alleged establish arbitrary, capricious, unreasonable, unlawful and discriminatory acts which resulted in the denial of the Plaintiff Garcia's civil rights under and in violation of, *Article I, section 8* of the Constitution of the State of Texas. These acts that subjected Plaintiff Garcia to the deprivations of rights guaranteed to all individuals the freedom of speech, political expression, political affiliation and association were unlawful in that they were based to an impermissible extent on Plaintiff Garcia's political speech and association.

## V.
## INTENTIONAL INFLICTION
## OF EMOTIONAL DISTRESS

Plaintiffs assert that Defendants RANDY DUNN, MARILYN DEL BOSQUE GILBERT, NOE SAUCEDA, and EDDIE ERRISURIZ's repeated and continuous actions, in the nature of extreme and outrageous conduct, were intentional and/or reckless whose purpose was to cause the infliction of emotional distress of a severe nature to Plaintiff. Such actions were also committed with the knowledge of Plaintiffs' special sensitivity to such conduct. Defendants' actions caused Plaintiff mental as well as physical pain. As a result of Defendants' actions, Plaintiff has suffered damages in amounts that exceed the minimum jurisdictional requirements of this Court. Plaintiff sues Defendants for such actions.

## VI.
## INVASION OF PRIVACY

Defendants RANDY DUNN, MARILYN DEL BOSQUE GILBERT, NOE SAUCEDA, and EDDIE ERRISURIZ's conduct, of intruding into Plaintiffs' private affairs, was of such a highly offensive nature as to cause objection to any reasonable person of ordinary sensibilities. As a result of these Defendants' actions, Plaintiffs sue these Defendants for the tort of invasion of privacy.

## VII.
## EXCLUSION OF FEDERAL CLAIMS

Plaintiffs hereby give notice to all that they only allege state claims in this suit and specifically exclude, and do not intend to litigate herein, any federal cause of action. The only causes of action that they intend to litigate in this Court are those concerning rights arising under the laws of the sovereign State of Texas.

## VIII.
## JURY TRIAL REQUEST

Plaintiffs request that a jury be convened in order that issues the basis of this lawsuit be tried.

## IX.
## ACTUAL DAMAGES

As a result of the incidents described above that are made the basis of this suit, Plaintiffs have suffered from an infringement of their civil rights. In all reasonable probability, Plaintiffs will

continue to suffer such for a long time into the future, if not for the balance of their natural lives. Such injury will likely exist for the remainder of Plaintiffs' lifetime. Plaintiffs seek to recover against RANDY DUNN, MARILYN DEL BOSQUE GILBERT, NOE SAUCEDA, and EDDIE ERRISURIZ, both jointly and severally and in their individual capacity, all damages to which they may be appropriately entitled and the court deems proper. As a result of the incidents described above that are made the basis of this suit, Plaintiffs have suffered mental pain and anguish and severe emotional distress. In all reasonable probability, Plaintiffs will continue to suffer such mental trauma, pain and anguish for a long time into the future, if not for the balance of their natural lives.

## X.
## INJUNCTIVE RELIEF

As a result of the incidents described above that are made the basis of this suit, Plaintiffs have suffered from an infringement of their civil rights. The continuing nature of the denial of Plaintiffs' fundamental rights that arbitrarily and irrationally have been denied and will deny to Plaintiffs rights and entitlements under the laws described above, is resulting in immediate and irreparable harm to the Plaintiffs and others. Plaintiffs are therefore entitled to temporary and permanent injunctive orders restraining the Defendant BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, as alleged in their separate causes of action, from continuing with such action and future action. Additionally, Plaintiffs request that this court order a permanent injunction, based on the customary nature of the unlawful acts, that Defendant BROWNSVILLE INDEPENDENT SCHOOL DISTRICT and employees, agents and all those acting in concert with them or at their discretion refrain from denying Plaintiffs the rights infringed upon in this action. Thereafter, Defendant BROWNSVILLE INDEPENDENT SCHOOL DISTRICT shall comply, follow, govern, and enforce such orders.

## XI.
## DISCOVERY REQUESTS

Attached to the Original Petition, Plaintiffs propounded to the Defendants:

1. Plaintiffs' Request for Disclosure to Defendants BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, RANDY DUNN, MARILYN DEL BOSQUE GILBERT, NOE SAUCEDA, and EDDIE ERRISURIZ, in their official and individual capacity and employees, agents, and all those acting in concert or at their discretion;

2. Plaintiff's First Set of Interrogatories to Defendants BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, RANDY DUNN, MARILYN DEL BOSQUE GILBERT, NOE SAUCEDA, and EDDIE ERRISURIZ, in their official and individual capacity and employees, agents, and all those acting in concert or at their discretion; and

3. Plaintiff's Request for Production to Defendants BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, RANDY DUNN, MARILYN DEL BOSQUE GILBERT, NOE SAUCEDA, and EDDIE ERRISURIZ, in their official and individual capacity and employees, agents, and all those acting in concert or at their discretion.

These discovery requests should be answered accordingly and in compliance with the Texas Rules of Civil Procedure.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that this Honorable Court grant the following:

a).    Judgment against the Defendants RANDY DUNN, MARILYN DEL BOSQUE GILBERT, NOE SAUCEDA, and EDDIE ERRISURIZ, both jointly and severally and in their individual capacity, for an amount compensating Plaintiffs for their damages and injuries, awarded in an amount in excess of the minimum jurisdictional limits of this Court not to exceed five million dollars ($5,000,000.00), such to be awarded by the jury;

b)    Entering a permanent injunction, restraining and enjoining the Defendant BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, its officers, agents, employees, attorneys, and successors in office, and all other persons in active concert and participation with them, from retaliating against the Plaintiffs or otherwise violate their rights now or in the future that may affect their future or continued employment; and

c).    such other appropriate relief as Plaintiffs may be justly entitled and the Court deems proper.

Respectfully submitted,

THE PRUNEDA LAW FIRM, P.L.L.C.

P.O. Box T
Pharr, Texas 78577
Tel: (956) 702-9675
Fax: (956) 702-9659

By: _____

*MICHAEL PRUNEDA*
State Bar No. 24025601

ATTORNEY FOR PLAINTIFFS

CAUSE NO. 2002-01-153-E

| NORMA ORTIZ and CATALINA GARCIA | § | THE 357ᵀᴴ DISTRICT COURT |
|---|---|---|

NORMA ORTIZ and CATALINA GARCIA §        THE 357ᵀᴴ DISTRICT COURT
                                 §
VS.                              §
                                 §
BROWNSVILLE INDEPENDENT          §        OF
SCHOOL DISTRICT, RANDY DUNN,     §
MARILYN DEL BOSQUE GILBERT,      §
NOE SAUCEDA,and EDDIE ERRISURIZ, §
in their official and  individual capacity, and §
employees, agents, and all those acting in §
concert or at their discretion   §        CAMERON COUNTY, TEXAS



FILED ____ ___ O'CLOCK ___ M
AURORA DE LA GARZA DIST. CLERK

'JUL 0 8 2002

DISTRICT COURT OF CAMERON COUNTY TEXAS
_____ DEPUTY

## DEFENDANTS' FIRST AMENDED ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

Now Comes the Brownsville Independent School District, Randy Dunn, Marilyn Del Bosque Gilbert, Noe Sauceda and Eddie Errisuriz (hereinafter, "the Defendants"), in all capacities in which said Defendants have been sued, and file their First Amended Original Answer and would respectfully show the Court as follows:

### I.
### GENERAL DENIAL

The Texas Rules of Civil Procedure, and in particular Rule 92 thereof, affords citizens and corporations of this state certain protections with respect to lawsuits of this type. Accordingly, Defendants invoke the provisions of that rule and do generally deny the allegations now made against it by Plaintiffs and their attorney and, at any trial of this cause, Defendants will exercise its legal rights in this regard and requires Plaintiffs to carry the burden of proof which the law imposes upon them to prove each and every material allegation contained in their pleadings by a

preponderance of the credible evidence.

## II.
## AFFIRMATIVE DEFENSES

Defendants assert that Brownsville I.S.D. is an independent school district established and organized under the laws of the State of Texas. At the time of and with respect to the matters complained of in this action, BISD is immune from liability from the acts and/or omissions complained of in Plaintiffs' Amended Petition pursuant to the doctrine and principles of sovereign and/or governmental immunity, and said immunity has not been waived in accordance with the Texas Tort Claims Act, Chapter 101 of the Texas Civil Practice and Remedies Code.

Without waiving the foregoing, at all times and with respect to all of the matters complained of by the Plaintiffs in this action, Defendant Dr. Noe Sauceda and Mr. Eddie Errisuriz were acting in a professional capacity within the scope of their duties of employment with Brownsville I.S.D., and their acts in that capacity involved the exercise of discretion or judgment on their part. In such employment, Defendants Dr. Sauceda and Mr. Eddie Errisuriz claim the immunity as exists in the State of Texas in favor of professional employees of school districts, as set out in §22.051 of the Texas Education Code. This statutory provision protects the professional employees of any school district within the State of Texas from liability for any act incident to or within the scope of the duties of his or her position that involves the exercise of judgment or discretion on the part of the employee. Defendants asserts that they are entitled to this immunity, and that none of the exceptions thereto are applicable in this case.

Without waiving the foregoing, all actions taken by these Defendants with respect to the Plaintiffs were taken without malice or willfulness, in the good faith exercise of the power and authority vested in them in their official capacities as school officials and employees. These Defendants further assert that, at all times relevant to this cause, their actions did not violate clearly established constitutional principles of which they should have been aware. In the exercise of their respective powers and authority, these Defendants have and make claim to the defense of qualified immunity, sometimes also known and referred to as official immunity or quasi-judicial immunity.

Without waiving the foregoing, Defendants assert that this suit is groundless, lacking any legitimate basis in either law or fact, and is being brought solely for the purpose of harassment. As a result, Defendants are entitled to recover from Plaintiffs the amount of any attorney's fees and costs incurred in defending this lawsuit as provided by Section 11.161 of the TEXAS EDUCATION CODE.

Without waiving the foregoing, Defendants assert that the Plaintiffs are not entitled to injunctive, declaratory, or any other relief demanded in their Amended Petition, and that the Plaintiffs are not entitled to damages, attorney's fees, or costs in any amount for their alleged civil rights violations.

## III.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendants pray that Plaintiffs take nothing by way of this cause of action and that the Defendants recover their costs of the Court and receive such other and further relief to which Defendants may be justly entitled, either at law or in equity.

Respectfully submitted,

WALSH, ANDERSON, BROWN,
  SCHULZE & ALDRIDGE, P.C.
100 NE Loop 410, Suite 1000
San·Antonio, Texas  78216
TEL NO.  (210) 979-6633
FAX NO. (210) 979-7024


JOE DE LOS SANTOS
State Bar No. 24007100

DANIEL M. "MATT" BURNS
State Bar No. 03443900

ATTORNEYS FOR DEFENDANTS,
BROWNSVILLE INDEPENDENT SCHOOL
DISTRICT, ET. AL.


## CERTIFICATE OF SERVICE

I hereby certify that on the __1st__ day of July, 2002, a true and correct copy of the above and foregoing pleading was served upon counsel of record by placing same in the United States mail, certified, return receipt requested, postage prepaid and addressed as follows:

Michael Pruneda                          **Certified Mail, Return Receipt Requested**
The Pruneda Law Firm, P.L.L.C            **No. 7001 0360 0003 2629 7815**
P.O. Box T
Pharr, Texas 78577


JOE A. DE LOS SANTOS

**Cause No. 2002-01-153-E**
**Defendants' First Amended Original Answer**
**Page 4 of 4**

CAUSE NO. 2002-01-153-E

| NORMA ORTIZ and CATALINA GARCIA | ◆ | IN THE 357th DISTRICT COURT |
| | ◆ | |
| V. | ◆ | |
| | ◆ | |
| | ◆ | |
| BROWNSVILLE INDEPENDENT SCHOOL | ◆ | OF |
| DISTRICT, RANDY DUNN, NOE SAUCEDA | ◆ | |
| and EDDIE ERRISURIZ, in their official and | ◆ | |
| individual capacity, *and employees, agents, and all* | ◆ | |
| *those acting in concert or at their discretion* | ◆ | CAMERON COUNTY, TEXAS |

FILED ___ O'CLOCK ___ M
AURORA DE LA GARZA DIST. CLERK
AUG 27 2002
DISTRICT COURT OF CAMERON COUNTY

## PLAINTIFFS' THIRD AMENDED—
### *ORIGINAL PETITION*

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME, PLAINTIFFS NORMA ORTIZ and CATALINA GARCIA, (hereinafter referred to as "Plaintiffs"), complaining of BROWNSVILLE INDEPENDENT SCHOOL, DISTRICT (Brownsville I.S.D.), RANDY DUNN, NOE SAUCEDA and EDDIE ERRISURIZ, in their official and individual capacity, and employees, agents and all those acting in concert with them or at their discretion, (hereinafter called by name or referred to as "Defendants"), and for such causes of action shows unto the court the following:

### I.
### DISCOVERY LEVEL

The cause of action should be governed in accordance with Discovery Level 2 of the Texas Rules of Civil Procedure.

### II.
### PARTIES

Plaintiff, NORMA ORTIZ, is a resident of Cameron County, Texas.

Plaintiff, CATALINA GARCIA, is a resident of Cameron County, Texas.

Defendant, BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, is a governmental entity operating under color of state law that has been served and thereafter appeared and answered.

Defendant, RANDY DUNN, is a resident of Cameron County, Texas acting at times under color of state law and has been served and appeared herein.

Defendant, EDDIE ERRISURIZ, is a resident of Cameron County, Texas acting at times under color of state law has been served and appeared herein.

Defendant, NOE SAUCEDA, is a resident of Cameron County, Texas acting at times under color of state law has been served and appeared herein.

Venue is proper in Cameron County, Texas in that the acts made the basis of the causes of action occurred in Cameron County and further both Plaintiff and Defendants are located in Cameron County, Texas.

III.
## FACTUAL ALLEGATIONS

Plaintiff Norma Ortiz is a long time employee of Brownsville I.S.D. and is a loyal, dedicated, and hard working employee. Plaintiff began her career with the Defendant on or about 1972 as a P.E. Aid and worked her way up to the Position of School Board Secretary. Plaintiff held the position of School Board Secretary for approximately (15) years. Despite Plaintiff Ortiz's performance, dedication, and efforts, Defendant failed to give Plaintiff the opportunity work free of hostility during her employment and continue in that position. Ultimately, Plaintiff Ortiz suffered a job demotion on November 28, 2001 to Secretary of Professional Development. The harassment of Plaintiff Ortiz also included threats to District employees and other persons to stay away from Plaintiff Ortiz and not to speak or associate with her. Plaintiff believes that the various acts of unlawful discrimination and demotion resulted from her associations with certain board members and Plaintiff Garcia.

As a result, Plaintiff Ortiz' civil rights have been violated and therefore sues the Defendants for violations of the laws and Constitutions of the United States and Texas

Plaintiff Garcia, a former employee of the Brownsville Independent School District, was a candidate for a seat on the Brownsville School Board for the May 6, 2001 election. Subsequent to the election, Plaintiff expressed her intentions of submitting applications for employment for several posted job openings. Plaintiff was asked by Defendant Sauceda *how would Mrs. Del Bosque and Mr. Dunn feel if you were hired?* Plaintiff Garcia continued to express her desire to hold a non-contractual position with the district. Defendant Sauceda responded: *that's the price you pay for getting into politics.*

Plaintiff Garcia, also on many occasions, was not allowed to voice her opposition of matters that directly affected the school district during several meetings of the School Board and on other occasions was not allowed to continue speaking unlike others in attendance. The harassment of Plaintiff Garcia included, but is not limited to, threats to District employees and other persons to stay away from Plaintiff Garcia and not to speak or associate with her.

Plaintiff Garcia believes that the unlawful acts against her were in retaliation for her political involvement, speech, association, and candidacy in violation of her civil rights arising under the Constitution and laws of the sovereign state of Texas.

As a result, Plaintiff Garcia's civil rights have been violated and therefore sues Defendants for violations of the laws and Constitutions of the United States and Texas.

IV.
## 42 U.S.C. § 1983

The Defendants and employees, agents and all those acting in concert with them or at their discretion acting under color of law of Texas acted with a deliberate indifference and subjected Plaintiffs to the deprivations of the following rights, privileges and immunities secured by the laws and Constitutions and of the United States and Texas when they decided to discriminate, retaliate,

harass, demote, reassign, refuse to hire, and take other adverse actions against Plaintiffs and deny them further access to a meaningful job free from hostility and politics for which they were qualified and experienced:

(a)     The Defendants Brownsville I.S.D., Noe Sauceda, and Randy Dunn, in their official capacities, and employees, agents and all those acting in concert with them or at their discretion deprived Plaintiff Catalina Garcia of her right of free speech under the First and Fourteenth Amendments to the U.S. Constitution by basing their decisions in refusing to hire Plaintiff to an impermissible extent on Plaintiff's exercise of free speech due to her speech on matters of public concern. Such retaliatory actions by Defendants were a customary practice and further enforced by policy makers in an arbitrary, capricious, unreasonable, unlawful, unconstitutional and discriminatory manner.

(b)     The Defendants Brownsville I.S.D., Noe Sauceda, and Randy Dunn and employees, agents and all those acting in concert with them or at their discretion deprived Plaintiff Norma Ortiz of her right of free speech under the First and Fourteenth Amendments to the U.S. Constitution by basing their decisions to reassign, transfer, and take adverse employment actions against Plaintiff to an impermissible extent on Plaintiff's exercise of free speech due to her support of political candidates. Such retaliatory actions by Defendants were a customary practice and further enforced by policy makers in an arbitrary, capricious, unreasonable, unlawful, unconstitutional and discriminatory manner.

(c)     The Defendant Brownsville I.S.D. and employees, agents and all those acting in concert with them or at their discretion deprived Plaintiff Catalina Garcia of her right of free speech under the First and Fourteenth Amendments to the U.S. Constitution by basing their decisions in refusing to hire Plaintiff to an impermissible extent on Plaintiff's exercise of her right to run for political office and candidacy in general. Such retaliatory actions by Defendants were a customary practice and further enforced by policy makers in an arbitrary, capricious, unreasonable, unlawful, unconstitutional and discriminatory manner.

(d)     The Defendants Brownsville I.S.D., Noe Sauceda, and Randy Dunn and employees, agents and all those acting in concert with them or at their discretion deprived Plaintiff Catalina Garcia of her right to privacy under the First and Fourteenth Amendments to the U.S. Constitution by basing their decisions to an impermissible extent on Plaintiff's private affairs such as personal and social relationships with others. Such retaliatory actions by Defendants were a customary practice and further enforced by policy makers in an arbitrary, capricious, unreasonable, unlawful, unconstitutional and discriminatory manner.

(e)     The Defendants Brownsville I.S.D., Noe Sauceda, and Randy Dunn and employees, agents and all those acting in concert with them or at their discretion deprived Plaintiffs Norma Ortiz and Catalina Garcia of their right of freedom of association under the First and Fourteenth Amendments to the U.S. Constitution by basing their decisions to an impermissible extent on Plaintiffs' exercise of their right to freely associate and/or disassociate with groups, public figures, political candidates, and others. Such actions by Defendants were a customary practice and further enforced by policy makers in an arbitrary, capricious, unreasonable, unlawful, unconstitutional and discriminatory manner.

(f)      The Defendant Brownsville I.S.D. and employees, agents and all those acting in concert with them or at their discretion deprived Plaintiff Catalina Garcia of her right of free speech and due process speech under the First and Fourteenth Amendments to the U.S. Constitution by refusing to provide Plaintiff Catalina Garcia an opportunity to speak freely and completely on matters of public concern in accordance with applicable policies and procedures. Such actions evidence Defendants' failure to abide by its own substantive and procedural requirements as stated in its policies and rules. Such actions by Defendants were performed in an arbitrary, capricious, unreasonable, unlawful, unconstitutional and discriminatory manner.

(g)     The Defendants Noe Sauceda, Randy Dunn, and Eddie Errisuriz, in their official and individual capacities, and employees, agents and all those acting in concert with them or at their discretion conspired to deprive Plaintiffs Norma Ortiz and Catalina Garcia of their rights under the First and Fourteenth Amendments to the U.S. Constitution by committing such acts that caused injury to the Plaintiffs. Said actions were an attempt by Defendants to accomplish an unlawful purpose by unlawful means. Such actions by Defendants were a customary practice and further enforced by policy makers in an arbitrary, capricious, unreasonable, unlawful, unconstitutional and discriminatory manner.

(h)     The Defendants Brownsville I.S.D. and Noe Sauceda, in his official capacity, and employees, agents and all those acting in concert with them or at their discretion deprived Plaintiff Catalina Garcia several times of her right to obtain Brownsville I.S.D. public information in accordance with the Texas Open Records Act in violation of her rights under the First and Fourteenth Amendments to the U.S. Constitution by basing their decisions to an impermissible extent on Plaintiff's political speech on matters of public concern, political candidacy, and political associations. Such actions by Defendants were a customary practice and further enforced by policy makers in an arbitrary, capricious, unreasonable, unlawful, unconstitutional and discriminatory manner.

As a result of these unlawful deprivations, Plaintiffs according to the factual allegations, have effectively been subjected to discrimination, retaliation, harassment, demotion, reassignment, denial of employment, and other adverse actions, and as a result have suffered anxiety, mental anguish, humiliation, embarrassment, and other emotional harm and distress since being subjected to these unlawful actions and will continue to suffer lost wages in the past and future and other compensatory damages to which they are appropriately entitled and the court deems proper to be proved at trial.

V.
## TX CONSTITUTIONAL CAUSES OF ACTION

(a)     The Defendants and employees, agents and all those acting in concert with them or at their discretion deprived Plaintiffs Norma Ortiz and Catalina Garcia of their right of free speech under *Article I, Section 8* of the Constitution of the State of Texas by basing their employment decisions to an impermissible extent on Plaintiffs' exercise of free speech on matters of public concern, political candidacy, political supports of candidates, and political associations. Such actions by Defendants were a customary

practice and further enforced by policy makers in an arbitrary, capricious, unreasonable, unlawful, unconstitutional and discriminatory manner.

(b)    The Defendants and employees, agents and all those acting in concert with them or at their discretion deprived Plaintiffs Norma Ortiz and Catalina Garcia of their right of freedom of association under *Article I, Section 8* of the Constitution of the State of Texas by basing their employment decisions to an impermissible extent on Plaintiffs' exercise of their right to freely associate and/or disassociate with groups, public figures, political candidates, and others.   Such actions by Defendants were a customary practice and further enforced by policy makers in an arbitrary, capricious, unreasonable, unlawful, unconstitutional and discriminatory manner.

(c)    The Defendants and employees, agents and all those acting in concert with them or at their discretion deprived Plaintiff Catalina Garcia of her right of free and due process speech under *Article I, Section 19* of the Constitution of the State of Texas by refusing to provide Plaintiff Catalina Garcia an opportunity to speak freely and completely on matters of public concern in accordance with applicable policies and procedures. Such actions evidence Defendants' failure to abide by its own substantive and procedural requirements as stated in its policies and rules. Such actions by Defendants were performed in an arbitrary, capricious, unreasonable, unlawful, unconstitutional and discriminatory manner.

As a result of these unlawful deprivations, Plaintiffs according to the factual allegations, have effectively been subjected to discrimination, retaliation, harassment, demotion, reassignment, denial of employment, and other adverse actions, and as a result have suffered anxiety, mental anguish, humiliation, embarrassment, and other emotional harm and distress since being subjected to these unlawful actions and will continue to suffer lost wages in the past and future and other compensatory damages to which they are appropriately entitled and the court deems proper to be proved at trial.

## VI.
## 42 U.S.C. §1985(3)

Plaintiffs assert a cause of action against Defendants RANDY DUNN, NOE SAUCEDA, and EDDIE ERRISURIZ, in their individual and official capacities, for conspiracy to violate their respective civil rights. Defendants conspired to illegally commit such acts that caused injury to the Plaintiffs. Said actions were an attempt by Defendants to accomplish the deprivation of Plaintiffs' civil rights and privileges under the equal protection of the laws by taking actions in furtherance of their attempts to deprive and infringe upon Plaintiffs' individual and respective rights to free speech, freedom of association, and right to privacy. Defendants were aware of the wrongful nature of their acts and benefited or intended to benefit by such actions.

## VII.
## INTENTIONAL INFLICTION
## OF EMOTIONAL DISTRESS

Plaintiff Catalina Garcia asserts that Defendants RANDY DUNN, NOE SAUCEDA, and EDDIE ERRISURIZ, in their individual capacities, engaged in repeated and continuous actions, in the nature of extreme and outrageous conduct, which were intentional and/or reckless whose purpose was to cause the infliction of emotional distress of a severe nature to Plaintiff. Such actions

were also committed with the knowledge of Plaintiffs' special sensitivity to such conduct based on the actual or perceived threat of losing personal and social friendships wholly or in part. Such actions caused Plaintiff mental as well as physical pain. As a result of Defendants' actions, Plaintiff has suffered damages in amounts that exceed the minimum jurisdictional requirements of this Court. Plaintiff sues Defendants for such actions.

## VIII.
## INVASION OF PRIVACY

Plaintiff Catalina Garcia asserts that Defendants RANDY DUNN, NOE SAUCEDA, and EDDIE ERRISURIZ, in their individual capacities, intruded into Plaintiff's private affairs in the nature of personal and social friendships, was of such a highly offensive nature as to cause objection to any reasonable person of ordinary sensibilities. As a result of these Defendants' actions, Plaintiff sues these Defendants for the tort of invasion of privacy.

## IX.
## CIVIL CONSPIRACY

Plaintiffs assert a cause of action against Defendants RANDY DUNN, NOE SAUCEDA, and EDDIE ERRISURIZ, in their individual capacities, for civil conspiracy. Defendants conspired to illegally commit such acts that caused injury to the Plaintiffs. Said actions were an attempt by Defendants to accomplish an unlawful purpose by unlawful means. Defendants were aware of the wrongful nature of their acts and benefited or intended to benefit by such actions.

## X.
## JURY TRIAL REQUEST

Plaintiff requests that a jury be convened in order that issues the basis of this lawsuit be tried.

## XI.
## ACTUAL DAMAGES

As a result of the incidents described above that are made the basis of this suit, Plaintiffs have suffered mental pain and anguish. In all reasonable probability, Plaintiffs will continue to suffer such mental pain and anguish for a long time into the future, if not for the balance of their natural lives. Plaintiffs have further been caused a loss of earnings and a loss of earning capacity and in all reasonable probability this incapacity and loss of earnings will continue long into the future. As a result, Plaintiffs sue to regain all compensatory damages and any other relief to which they may be appropriately entitled and the court deems proper.

## XII.
## INJUNCTIVE RELIEF

The continuing nature of the denial of Plaintiffs' fundamental rights that arbitrarily and irrationally have been denied and will deny to Plaintiffs rights and entitlements under the laws described above, is resulting in immediate and irreparable harm to the Plaintiffs. Plaintiffs are therefore entitled to temporary and permanent injunctive orders restraining all the Defendants herein from continuing with such action and future action. Additionally, Plaintiffs request that this court order a permanent injunction, based on the customary nature of the unlawful act, that Defendants and employees, agents and all those acting in concert with them or at their discretion refrain from

denying Plaintiffs the rights infringed upon in this action and from taking any further action that would jeopardize their rights under the laws and Constitutions of the United States and Texas.

XIII.
ATTORNEY'S FEES

By reason of the allegations of this Petition in accordance with 42 U.S.C. 1983 and 42 U.S.C. 1988, Plaintiff is entitled to recover attorney fees in a sum that is reasonable and necessary. In this connection, Plaintiff further seeks an upward adjustment or enhancement to the lodestar amount of attorney's fees to be determined in the prosecution of this lawsuit. Reasonable attorneys' fees are further requested for the work expended in the preparation and trial of this cause along with a reasonable fee for any and all appeals to other courts. If ultimately successful in this case, Plaintiff fully expects that the Defendants will appeal this case. Plaintiff seeks attorneys' fees to compensate the Plaintiff for the attorneys' fees he has and will incur in the prosecution of this lawsuit, both at trial and on appeal. As permitted, Plaintiff also seeks to recoup all litigation expenses expended in the prosecution of this lawsuit.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that this Honorable Court grant the following:

a).      Judgment against Defendants for an amount compensating Plaintiffs for their damages and injuries in an amount in excess of the minimum jurisdictional limits of this Court with a maximum of thirty million dollars ($30,000,000.00), such to be awarded by the jury;

b).      Entering a permanent injunction, restraining and enjoining the Defendants, their officers, agents, employees, attorneys, and successors in office, and all other persons in active concert and participation with them, from retaliating against the Plaintiffs or otherwise violating their rights in a manner that is, may be, or can be construed as being negative or adverse;

c).      Prejudgment interest as allowed by law;

d).      Attorney, expert and litigation fees and expenses for trial and appeal;

e).      Interest on said judgment at the legal rate from date of judgment;

f).      Costs of suit herein;

g).      Nominal damages and such other appropriate relief as Plaintiffs are justly entitled and the Court deems proper.

Respectfully submitted,

THE PRUNEDA LAW FIRM, P.L.L.C.

P.O. Box T
Pharr, Texas 78577
Tel: (956) 702-9675
Fax: (956) 702-9659

By: _____

*MICHAEL PRUNEDA*
State Bar No. 24025601

ATTORNEY FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served to all counsel of record as noted below:

Signed on this the 27 day of August, 2002.

Joe A. De Los Santos
WALSH, ANDERSON, BROWN, SCHULZE & ALDRIDGE
100 NE Loop 410, Suite 1000
San Antonio, Texas 78216

Michael Pruneda

CAUSE NO. <u>2002-01-153-E</u>

| | | |
|---|---|---|
| NORMA ORTIZ and CATALINA GARCIA | ♦ | IN THE <u>357th</u> DISTRICT COURT |
| | ♦ | |
| V. | ♦ | |
| | ♦ | |
| | ♦ | |
| | ♦ | |
| BROWNSVILLE INDEPENDENT SCHOOL | ♦ | OF |
| DISTRICT, RANDY DUNN, MARILYN | ♦ | |
| DEL BOSQUE GILBERT, NOE SAUCEDA, | ♦ | |
| and EDDIE ERRISURIZ, in their official and | ♦ | |
| individual capacity, and employees, agents, and all | ♦ | |
| those acting in concert or at their discretion | ♦ | CAMERON COUNTY, TEXAS |

## <u>ORDER SETTING HEARING</u>

IT IS ORDERED that Plaintiffs' Motion to Compel is hereby set for hearing on the __3rd__

day of __June__, 2002 at __10:00__ o'clock __a__.m. in the courtroom of the 357th Judicial

District Court of Cameron County, Texas.

IT IS FURTHER ORDERED that the clerk of this court notify all parties of this hearing.

Signed on this __16__ day of __May__, 2002.

_(signature)_

JUDGE PRESIDING

5/20/02 copies to:
Michael Pruneda
THE PRUNEDA LAW FIRM, P.L.L.C.
P.O. Box T
Pharr, Texas 78577

Joe A. De Los Santos
WALSH, ANDERSON, BROWN, SCHULZE & ALDRIDGE
100 NE Loop 410, Suite 1000
San Antonio, Texas 78216

FILED __3:15__ O'CLOCK __P__ M
AURORA DE LA GARZA, DIST. CLERK

MAY 16 2002

DISTRICT COURT, CAMERON COUNTY TEXAS
BY _(signature)_ DEPUTY

CAUSE NO. 2002-01-153-E

| | | |
|---|---|---|
| NORMA ORTIZ and CATALINA GARCIA | ◆ | IN THE 357th DISTRICT COURT |
| | ◆ | |
| V. | ◆ | |
| | ◆ | |
| | ◆ | |
| BROWNSVILLE INDEPENDENT SCHOOL | ◆ | OF |
| DISTRICT, RANDY DUNN, MARILYN | ◆ | |
| DEL BOSQUE GILBERT, NOE SAUCEDA, | ◆ | |
| and EDDIE ERRISURIZ, in their official and | ◆ | |
| individual capacity, and employees, agents, and all | ◆ | |
| those acting in concert or at their discretion | ◆ | CAMERON COUNTY, TEXAS |

# ORDER SETTING TELEPHONIC
# DOCKET CONTROL CONFERENCE

IT IS ORDERED that a Telephonic Docket Control Conference is hereby set for

hearing on the _8th_ day of _August_, 2002 at _2:00_ o'clock _P_.m. with the

357th Judicial District Court of Cameron, Texas.

IT IS FURTHER ORDERED that the clerk of this court notify all parties of this

hearing.

Signed on this _24th_ day of _July_, 2002.

_____
JUDGE PRESIDING

JUL 2 5 2002

COPIES TO:

Michael Pruneda
THE PRUNEDA LAW FIRM, P.L.L.C.
P.O. Box T
Pharr, Texas 78577

Joe A. De Los Santos
WALSH, ANDERSON, BROWN, SCHULZE & ALDRIDGE
100 NE Loop 410, Suite 1000
San Antonio, Texas 78216

HON RICHARD ZAYAS

FILED 3:00 O'CLOCK __ M
AURORA DE LA GARZA DIST CLERK
JUL 2 4 2002
DISTRICT COURT OF CAMERON COUNTY, TEXAS
DEPUTY

CAUSE NO. 2002-01-153-E

| | |
|---|---|
| NORMA ORTIZ and CATALINA GARCIA § | THE 357TH DISTRICT COURT |
| § | |
| VS. § | |
| § | |
| BROWNSVILLE INDEPENDENT § | OF |
| SCHOOL DISTRICT, RANDY DUNN, § | |
| MARILYN DEL BOSQUE GILBERT, § | |
| NOE SAUCEDA,and EDDIE ERRISURIZ, § | |
| in their official and  individual capacity, and § | |
| employees, agents, and all those acting in § | |
| concert or at their discretion § | CAMERON COUNTY, TEXAS |

### ORDER SETTING DEFENDANTS' "NO EVIDENCE" MOTION FOR SUMMARY JUDGMENT UNDER RULE 166a(i) AND STANDARD MOTION FOR SUMMARY JUDGMENT UNDER RULE 166a FOR HEARING

It is hereby ORDERED that Defendants, BROWNSVILLE INDEPENDENT SCHOOL

DISTRICT, RANDY DUNN, MARILYN DEL BOSQUE GILBERT, NOE SAUCEDA and EDDIE

ERRISURIZ' No Evidence" Motion for Summary Judgment under Rule 166a(i) and Defendant's

Standard Motion for Summary Judgment under Rule 166a, are set for hearing on the _22nd_ day of

_Aug._, 2002, at _9:00_ A.M./P.M., in the 357 th Judicial District Court of Cameron County,

Texas.

SIGNED this _24_ day of _July_, 2002.

JUL 2 5 2002
COPIES TO:
HON MICHAEL PRUNEDA
HON JOE DE LOS SANTOS
HON RICHARD ZAYAS

_____
ROLANDO OLVERA, DISTRICT JUDGE
357th JUDICIAL DISTRICT COURT

FILED 3:00 O'CLOCK __ M
AURORA DE LA GARZA DIST. CLERK

JUL 2 4 2002

DISTRICT COURT OF CAMERON COUNTY TEXAS
DEPUTY

CAUSE NO. 2002-01-153-E

| | | |
|---|---|---|
| NORMA ORTIZ and CATALINA GARCIA | • | IN THE 357th DISTRICT COURT |
| | • | |
| V. | • | |
| | • | |
| | • | |
| BROWNSVILLE INDEPENDENT SCHOOL | • | OF |
| DISTRICT, RANDY DUNN, MARILYN | • | |
| DEL BOSQUE GILBERT, NOE SAUCEDA, | • | |
| and EDDIE ERRISURIZ, in their official and | • | |
| individual capacity, and employees, agents, and all | • | |
| those acting in concert or at their discretion | • | CAMERON COUNTY, TEXAS |

## ORDER SETTING HEARING

IT IS ORDERED that Plaintiffs' Motion for Continuance is hereby set for hearing on the 9th day of _August_, 2002 at _10:30_ o'clock _a_.m. in the courtroom of the 357th Judicial District Court of Cameron County, Texas.

IT IS FURTHER ORDERED that the clerk of this court notify all parties of this hearing.

Signed on this _5th_ day of _August_, 2002.

_[signature]_

JUDGE PRESIDING

COPIES TO: 8/5/02

Michael Pruneda
THE PRUNEDA LAW FIRM, P.L.L.C.
P.O. Box T
Pharr, Texas 78577

Joe A. De Los Santos
WALSH, ANDERSON, BROWN, SCHULZE & ALDRIDGE
100 NE Loop 410, Suite 1000
San Antonio, Texas 78216

FILED 4:00 O'CLOCK P M
AURORA DE LA GARZA DIST. CLERK

AUG - 5 2002

DISTRICT COURT OF CAMERON COUNTY, TEXAS
DEPUTY

CAUSE NO. 2002-01-153-E

| NORMA ORTIZ and CATALINA GARCIA | ♦ | IN THE 357th DISTRICT COURT |
| | ♦ | |
| V. | ♦ | |
| | ♦ | |
| | ♦ | |
| BROWNSVILLE INDEPENDENT SCHOOL | ♦ | OF |
| DISTRICT, RANDY DUNN, MARILYN | ♦ | |
| DEL BOSQUE GILBERT, NOE SAUCEDA, | ♦ | |
| and EDDIE ERRISURIZ, in their official and | ♦ | |
| individual capacity, and employees, agents, and all | ♦ | |
| those acting in concert or at their discretion | ♦ | CAMERON COUNTY, TEXAS |

## ORDER

On this 27th day of June, 2002, came to be heard Plaintiffs' motion to compel a deposition of Dr.

Noe Sauceda and further requesting that this Court order the release of the BROWNSVILLE

INDEPENDENT SCHOOL DISTRICT of videocassette tapes of the meetings in which Plaintiff Garcia

spoke publicly, attempted to speak publicly, and signed the attendance log used in the regular course of

business of such meetings since May 1, 2001. Having heard the arguments of counsel, this Court is of the

opinion that the motion should be GRANTED in part.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant

BROWNSVILLE INDEPENDENT SCHOOL DISTRICT shall turn over to Plaintiffs copies of all the

videocassette tapes of the meetings in which Plaintiff Garcia spoke publicly, attempted to speak publicly,

and signed the attendance log used in the regular course of business of such meetings that Defendant can

identify.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendant Dr. Noe Sauceda

shall submit to deposition for examination by Plaintiffs within the next thirty days.

AUG - 9 2002 Any other relief requested is hereby denied.

COPIES TO:

Michael Pruneda
THE PRUNEDA LAW FIRM, P.L.L.C.
P.O. Box T
Pharr, Texas 78577

Joe A. De Los Santos
WALSH, ANDERSON, BROWN, SCHULZE & ALDRIDGE
100 NE Loop 410, Suite 1000
San Antonio, Texas 78216

HON. RICHARD ZAYAS



FILED 2:30 O'CLOCK ___ M
AURORA DE LA GARZA DIST. CLERK

AUG - 9 2002

DISTRICT COURT OF CAMERON COUNTY, TEXAS
BY _____ DEPUTY

JUDGE PRESIDING

CAUSE NO. 2002-01-153-E

| | | |
|---|---|---|
| NORMA ORTIZ and CATALINA GARCIA | § | THE 357TH DISTRICT COURT |
| | § | |
| VS. | § | |
| | § | |
| BROWNSVILLE INDEPENDENT | § | OF |
| SCHOOL DISTRICT, RANDY DUNN, | § | |
| MARILYN DEL BOSQUE GILBERT, | § | |
| NOE SAUCEDA, and EDDIE ERRISURIZ, | § | |
| in their official and  individual capacity, and | § | |
| employees, agents, and all those acting in | § | |
| concert or at their discretion | § | CAMERON COUNTY, TEXAS |

## ORDER ON MOTIONS TO COMPEL

On the 27th day of June, 2002, came on to be considered the Motions to Compel urged herein by Plaintiffs and Defendants.  The parties each appeared through counsel and proceeded to present their arguments.  The Court, having considered the Motions and other materials presented, finds that the parties shall proceed as follows:

1.     Plaintiffs shall supplement or amend their responses to Defendants' Request for Disclosures so as to include a statement of the factual basis of their claims against each Defendant. Plaintiffs shall serve the supplemental or amended response on Defendants within 10 days following the date of hearing.

2.     Following service of Plaintiffs' supplemental or amended responses to Defendant's Request for Disclosure, Defendant Noe Sauceda shall appear for deposition at a mutually convenient location and time not more than 30 days following the date of hearing.

3.     Plaintiffs shall promptly provide to Defendants a copy of any audiotapes of conversations between Plaintiff Catalina Garcia and Defendant Noe Sauceda.

4.     Defendants shall promptly provide copies of the meeting minutes and videotapes of public

meetings of the Brownsville Independent School District Board of Trustees between the dates of May, 2001 to the present, for which Plaintiff Catalina Garcia requested in writing an opportunity to address the Board of Trustees.

5.    Plaintiffs shall review all remaining meeting minutes and videotapes of public meetings of the Brownsville Independent School District Board of Trustees between the dates of May, 2001 to the present, for which Plaintiff Catalina Garcia did not request in writing an opportunity to address the Board of Trustees and shall request from Defendants copies of any specific meeting minutes and videotapes.  Such review shall take place at the Administrative Offices of the Brownsville Independent School District during normal business hours at a time mutually convenient for counsel.

6.    Plaintiffs' request for production of the certified agenda for any closed meeting of the Brownsville Independent School District Board of Trustees is denied.

It is so ORDERED on this ___ day of _____, 2002.  All relief not expressly granted herein is denied.

AUG - 9 2002

COPIES TO:
HON MICHAEL PRUNEDA
HON JOE DE LOS SANTOS
HON RICHARD ZAYAS

Judge Presiding

FILED 2:30 O'CLOCK ___ M
AURORA DE LA GARZA DIST CLERK

AUG - 9 2002

DISTRICT COURT OF CAMERON COUNTY TEXAS
DEPUTY

CAUSE NO. 2002-01-153-E

| | | |
|---|---|---|
| NORMA ORTIZ and CATALINA GARCIA | ♦ | IN THE 357th DISTRICT COURT |
| | ♦ | |
| V. | ♦ | |
| | ♦ | |
| | ♦ | |
| BROWNSVILLE INDEPENDENT SCHOOL | ♦ | OF |
| DISTRICT, RANDY DUNN, MARILYN | ♦ | |
| DEL BOSQUE GILBERT, NOE SAUCEDA, | ♦ | |
| and EDDIE ERRISURIZ, in their official and | ♦ | |
| individual capacity, and employees, agents, and all | ♦ | |
| those acting in concert or at their discretion | ♦ | CAMERON COUNTY, TEXAS |

<u>ORDER SETTING HEARING</u>

IT IS ORDERED that Plaintiff's Motion to Quash and fort Protective Order is hereby set for

hearing on the _3rd_ day of _September_, 2002 at _9:00_ o'clock _a_.m. in the courtroom of

the 357th Judicial District Court of Cameron County, Texas.

IT IS FURTHER ORDERED that the clerk of this court notify all parties of this hearing.


Signed on this _19th_ day of _August_, 2002.


_[signature]_
JUDGE PRESIDING


AUG 1 9 2002
Michael Pruneda
THE PRUNEDA LAW FIRM, P.L.L.C.
P.O. Box T
Pharr, Texas 78577

Joe A. De Los Santos
WALSH, ANDERSON, BROWN, SCHULZE & ALDRIDGE
100 NE Loop 410, Suite 1000
San Antonio, Texas 78216

HON RICHARD ZAYAS

_[stamp]_ FILED
3:00 O'CLOCK ___ M
AURORA DE LA GARZA DIST. CLERK
AUG 1 9 2002
DISTRICT COURT OF CAMERON COUNTY, TEXAS
_[signature]_ DEPUTY

CAUSE NO. 2002-01-153-E

| | | |
|---|---|---|
| NORMA ORTIZ and CATALINA GARCIA | § | THE 357ᵀᴴ DISTRICT COURT |
| | § | |
| VS. | § | |
| | § | |
| BROWNSVILLE INDEPENDENT | § | OF |
| SCHOOL DISTRICT, RANDY DUNN, | § | |
| MARILYN DEL BOSQUE GILBERT, | § | |
| NOE SAUCEDA, and EDDIE ERRISURIZ, | § | |
| in their official and individual capacity, and | § | |
| employees, agents, and all those acting in | § | |
| concert or at their discretion | § | CAMERON COUNTY, TEXAS |

## ORDER SETTING HEARING DATE

It is hereby ORDERED that Defendants, BROWNSVILLE INDEPENDENT SCHOOL

DISTRICT, RANDY DUNN, MARILYN DEL BOSQUE GILBERT, NOE SAUCEDA and EDDIE

ERRISURIZ' Motion to Quash and for Protective Order are set for hearing on the 3ʳᵈ day of

Sept. , 2002, at 10:00 A.M./P.M., in the 357 ᵗʰ Judicial District Court of Cameron County,

Texas.

It is further ORDERED that the clerk of this court notify all the parties of this hearing.

SIGNED on this 28 day of August , 2002.

_(signature)_

**JUDGE PRESIDING**

8/28/02
COPIES FAXED TO:
HON MICHAEL PRUNEDA
HON JOE DE LOS SANTOS

HON RICHARD ZAYAS (MAILED)

FILED 4:50 O'CLOCK P M
AURORA DE LA GARZA DIST. CLERK

AUG 28 2002

DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____ DEPUTY

*No. 2002-01-153-E*
*Defs' Mtn to Quash & for Prot Order*
*Page 4 of 4*

HP Fax Series 900
Plain Paper Fax/Copier

Fax History Report for
 357th District Court
(956) 548-9545
Aug 28 2002 5:21pm

Last Fax

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Aug 28 | 5:20pm | Sent | 912109797024-33973 | 0:32 | 1 | OK |

Result:
 OK - black and white fax

HP Fax Series 900
Plain Paper Fax/Copier

Fax History Report for
 357th District Court
(956) 548-9545
Aug 28 2002 5:19pm

---

Last Fax

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Aug 28 | 5:18pm | Sent | 67029659 | 0:38 | 1 | OK |

---

Result:
  OK - black and white fax

## NO. 2002-01-153-E

| | |
|---|---|
| **NORMA ORTIZ, *et al*,**<br>**Plaintiffs** | **IN THE DISTRICT COURT** |
| | |
| ***vs.*** | **CAMERON COUNTY, TEXAS** |
| | |
| **BROWNSVILLE INDEPENDENT**<br>**SCHOOL DISTRICT, *et al*,**<br>**Defendants** | **357th JUDICIAL DISTRICT** |

## ORDER ON JOINT MOTION TO DISMISS WITH PREJUDICE

On this day came on to be considered the Joint Motion to Dismiss With Prejudice filed herein by Plaintiffs Norma Ortiz and Catalina Garcia. Said parties having represented to the Court that they no longer wish to pursue this litigation with all matters which were raised or which could have been raised in the above-numbered and entitled cause against Defendant Marilyn Del Bosque-Gilbert, and that they request entry judgment herein, it is therefore:

ORDERED that Plaintiffs take nothing by their claims against Defendant Marilyn Del Bosque-Gilbert, in her individual and official capacities; that all such claims be and hereby are dismissed with prejudice to refile same; and that each party bear their respective costs of court. All other and further relief not expressly granted herein is denied.

SIGNED on this 28 day of August, 2002.

_____
JUDGE PRESIDING

FILED 4:50 O'CLOCK P M
AURORA DE LA GARZA DIST CLERK
AUG 28 2002
DISTRICT COURT OF CAMERON COUNTY TEXAS
BY _____ DEPUTY

HUG-22-2002 13:57  FROM JAMES D. ANDERSON                    LAW F ZAYAS & ZAMORA              PAGE  06
08/22/2002  13:57    5414157                                                                  P.05
HUG-22-02 11:39   MICHAEL PRUNEDA ATTORNEY  956   9459                                         P.05
08/28/2002  01.18   9552010697              LAW F ZAYAS & ZAMORA             PAGE  07

8/28/02

COPIES TO:

APPROVED AS TO FORM AND SUBSTANCE:

Joe A. De Los Santos
State Bar No. 24007100
Daniel M. "Matt" Burns
State Bar No. 03443900
Walsh, Anderson, Brown, Schulze &
Aldridge
100 N E Loop 410, Suite 1000
San Antonio, Texas 78216
(210) 979-6633
(210) 979-7024 [fax]

Michael A. Pruneda
State Bar No. 24025601
The Pruneda Law Firm, P.L.L.C
P.O. Box T
Pharr, Texas 78577
(956) 702-9675
(956) 702-9659

ATTORNEYS FOR PLAINTIFFS NORMA
ORTIZ AND CATALINA GARCIA

Richard E. Zayas
State Bar. No. 00783744
3100 East 14th Street
Brownsville, Texas 78521
(956) 546-5060

ATTORNEYS FOR DEFENDANT
MARILYN DEL BOSQUE-GILBERT

CAUSE NO. 2002-01-153-E

| | | |
|---|---|---|
| NORMA ORTIZ and CATALINA GARCIA | § | THE 357TH DISTRICT COURT |
| | § | |
| VS. | § | |
| | § | |
| BROWNSVILLE INDEPENDENT | § | OF |
| SCHOOL DISTRICT, RANDY DUNN, | § | |
| MARILYN DEL BOSQUE GILBERT, | § | |
| NOE SAUCEDA,and EDDIE ERRISURIZ, | § | |
| in their official and  individual capacity, and | § | |
| employees, agents, and all those acting in | § | |
| concert or at their discretion | § | CAMERON COUNTY, TEXAS |

## ORDER

On this day came on to be considered Defendants' Objections and Motion to Strike Plaintiff's

Summary Judgment Evidence filed herein by Defendants, RANDY DUNN, NOE SAUCEDA and

EDDIE ERRISURIZ. The Court, having reviewed and considered the said Motion, the summary

judgment proof provided by Plaintiffs, and the arguments of counsel, is of the opinion that the

objections as set out in Defendants' Objections and Motion to Strike should be resolved as follows:

Plaintiffs' Exhibit A:  _____ GRANTED  __✓__ DENIED

Plaintiffs' Exhibit B:  _____ GRANTED  __✓__ DENIED

Plaintiffs' Exhibit C:  __✓__ GRANTED  _____ DENIED

Plaintiffs' Exhibit D:  __✓__ GRANTED  _____ DENIED

Plaintiffs' Exhibit E:  __✓__ GRANTED  _____ DENIED

Plaintiffs' Exhibit F:  __✓__ GRANTED  _____ DENIED

Plaintiffs' Exhibit G:  __✓__ GRANTED  _____ DENIED

Plaintiffs' Exhibit H:  __✓__ GRANTED  _____ DENIED

Plaintiffs' Exhibit I: ____ GRANTED ____ DENIED

SIGNED this 12 day of Sept, 2002.

_____
ROLANDO OLVERA, DISTRICT JUDGE
357th JUDICIAL DISTRICT COURT

9/13/02
COPIES TO:
HON JOE DE LOS SANTOS
HON MICHAEL PRUNEDA

FILED 4:30 O'CLOCK ___ M
AURORA DE LA GARZA DIST. CLERK

SEP 1 2 2002

DISTRICT COURT OF CAMERON COUNTY, TEXAS
DEPUTY

-2-

CAUSE NO. 2002-01-153-E

| | |
|---|---|
| NORMA ORTIZ and CATALINA GARCIA § | THE 357ᵀᴴ DISTRICT COURT |
| § | |
| VS. § | |
| § | |
| BROWNSVILLE INDEPENDENT § | OF |
| SCHOOL DISTRICT, RANDY DUNN, § | |
| MARILYN DEL BOSQUE GILBERT, § | |
| NOE SAUCEDA,and EDDIE ERRISURIZ, § | |
| in their official and  individual capacity, and § | |
| employees, agents, and all those acting in § | |
| concert or at their discretion § | CAMERON COUNTY, TEXAS |

## ORDER GRANTING DEFENDANTS' "NO EVIDENCE" MOTION FOR SUMMARY JUDGMENT UNDER RULE 166a(i)

On this day came on to be heard the No Evidence Motion for Summary Judgment under Rule 166a(i) filed by Defendants RANDY DUNN, NOE SAUCEDA and EDDIE ERRISURIZ, and Plaintiffs' Response thereto.  The Court, having reviewed and considered the said Motion, the summary judgment evidence and the arguments of counsel, and having reviewed the items on file herein, is of the opinion that said Motion should be GRANTED.  Therefore, it is hereby

ORDERED that Defendants' No Evidence Motion for Summary Judgment be and the same is hereby GRANTED.  It is further

ORDERED, ADJUDGED and DECREED that Plaintiffs take nothing against Defendants, RANDY DUNN, NOE SAUCEDA and EDDIE ERRISURIZ, that all of Plaintiffs' claims be and the same are hereby DENIED, and that all relief requested by Plaintiffs be and the same is hereby DENIED.

SIGNED this *12* day of *Sept*, 2002.

ROLANDO OLVERA, DISTRICT JUDGE
357th JUDICIAL DISTRICT COURT

9/13/02
COPIES TO:
HON JOE DE LOS SANTOS
HON MICHAEL PRUNEDA

FILED _4:30_ O'CLOCK _P_ M
AURORA DE LA GARZA DIST. CLERK

SEP 1 2 2002

DISTRICT COURT OF CAMERON COUNTY, TEXAS
DEPUTY

-2-

CAUSE NO. 2002-01-153-E

| | | |
|---|---|---|
| NORMA ORTIZ and CATALINA GARCIA | § | THE 357ᵀᴴ DISTRICT COURT |

NORMA ORTIZ and CATALINA GARCIA §          THE 357ᵀᴴ DISTRICT COURT
                                 §
VS.                              §
                                 §
BROWNSVILLE INDEPENDENT          §          OF
SCHOOL DISTRICT, RANDY DUNN,     §
MARILYN DEL BOSQUE GILBERT,      §
NOE SAUCEDA,and EDDIE ERRISURIZ, §
in their official and individual capacity, and §
employees, agents, and all those acting in §
concert or at their discretion   §          CAMERON COUNTY, TEXAS

## ORDER GRANTING DEFENDANTS' STANDARD
## MOTION FOR SUMMARY JUDGMENT UNDER RULE 166a

On this day came on to be heard the Standard Motion for Summary Judgment under Rule 166a filed herein by Defendants, RANDY DUNN, NOE SAUCEDA and EDDIE ERRISURIZ, and Plaintiffs' Response thereto. The Court, having reviewed and considered the said Motion, the summary judgment evidence and the arguments of counsel, and having reviewed the items on file herein, is of the opinion that said Motion should be GRANTED. Therefore, it is hereby

ORDERED that Defendants' Standard Motion for Summary Judgment be and the same is hereby GRANTED. It is further

ORDERED, ADJUDGED and DECREED that Plaintiffs take nothing against Defendants, RANDY DUNN, NOE SAUCEDA and EDDIE ERRISURIZ, that all of Plaintiffs' claims be and the same are hereby DENIED, and that all relief requested by Plaintiffs be and the same is hereby DENIED.

SIGNED this _12_ day of ___Sept___, 2002.

_____
ROLANDO OLVERA, DISTRICT JUDGE
357th JUDICIAL DISTRICT COURT

9/13/02
COPIES TO:
HON JOE DE LOS SANTOS
HON MICHAEL PRUNEDA

FILED 4:30 O'CLOCK P M
AURORA DE LA GARZA DIST CLERK

SEP 1 2 2002

DISTRICT COURT OF CAMERON COUNTY TEXAS
DEPUTY

-2-