IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| NORMA ORTIZ and CATALINA GARCIA § § Plaintiffs § § vs. § § BROWNSVILLE INDEPENDENT § SCHOOL DISTRICT, RANDY DUNN, § NOE SAUCEDA, and EDDIE ERRISURIZ, § in their official and individual capacity, and § employees, agents, and all those acting in § concert or at their discretion § § Defendants § | CIVIL ACTION NO. B 02-184 |

United States District Court
Southern District of Texas
FILED

SEP 2 5 2002

Michael N. Milby
Clerk of Court

## JOINDER IN REMOVAL

TO THE HONORABLE JUDGE OF THE SAID COURT:

Comes Now, the BROWNSVILLE INDEPENDENT SCHOOL DISTRICT[1], Defendant in this action, and consents to the removal of this action from the 357th Judicial District Court in Cameron County, Texas, to this Federal Court pursuant to the Notice Of Removal transmitted for filing with the Clerk of this Court by Defendant on the 24th day of September, 2002.

---

[1] Please be advised that on August 28, 2002, the District Court granted the parties' Joint Motion to Dismiss Marilyn del Bosque-Gilbert, in her individual and official capacities, from this suit with prejudice. On or about September 12, 2002, the District Court granted the individual Defendants (Randy Dunn, Noe Sauceda, and Eddie Errsuriz) Standard and No-Evidence Motions for Summary Judgment and denied all of Plaintiffs' claims against these individuals, leaving only the School District as a Defendant. In an abundance of caution, these individuals have consented to the removal of this cause of action to federal court.

Respectfully Submitted,

WALSH, ANDERSON, BROWN,
   SCHULZE & ALDRIDGE, P.C.
100 NE Loop 410, Suite 1000
San Antonio, Texas 78216
Tel No. 210-979-6633
Fax No. 210-979-7024

By: _____
   JOE A. DE LOS SANTOS,
   Attorney-in-Charge
   State Bar No. 24007100
   Admission No. 24370

DANIEL M. "MATT" BURNS
State Bar No. 03443900

ATTORNEYS FOR DEFENDANT
BROWNSVILLE INDEPENDENT SCHOOL
DISTRICT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Joinder in Removal has been sent by certified mail, return receipt requested on the 24 day of September, 2002, to:

Michael Pruneda
The Pruneda Law Firm, P.L.L.C
P.O. Box T
Pharr, Texas 78577

**Certified Mail, Return Receipt Requested**
**No. 7002 0510 0002 6095 5873**

_____
JOE A. DE LOS SANTOS