United States District Court
Southern District of Texas
FILED

SEP 2 5 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NORMA ORTIZ and CATALINA GARCIA | § § | |
| Plaintiffs | § § | B 02-184 |
| vs. | § § | CIVIL ACTION NO. _____ |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, RANDY DUNN, NOE SAUCEDA, and EDDIE ERRISURIZ, in their official and individual capacity, and employees, agents, and all those acting in concert or at their discretion | § § § § § § § § | |
| Defendants | § § | |

### CERTIFICATE OF FILING

The undersigned, attorney of record for Defendant, certifies that on the 24th day of September, 2002, a copy of the Notice of Removal of this action was transmitted for filing with the District Clerk of Cameron County, Texas and that written Notice of Filing of the Notice of Removal was mailed to Plaintiffs, by and through their attorney of record. A true and correct copy of the Notice To The State Court District Clerk Of Filing Of Notice Of Removal is attached as Exhibit "1;" a true and correct copy of the Notice Of Removal To Plaintiffs is attached as Exhibit "2." Pursuant to the provisions of 28 U.S.C. § 1446, removal of this action is effective as of that date.

Respectfully submitted,

WALSH, ANDERSON, BROWN,
  SCHULZE & ALDRIDGE, P.C.
100 NE Loop 410, Suite 1000
San Antonio, Texas 78216
TEL NO. (210) 979-6633
FAX NO. (210) 979-7024

By: _____
JOE A. DE LOS SANTOS,
Attorney-in-Charge
State Bar No. 24007100
Admission No. 24370


DANIEL M. "MATT" BURNS
State Bar No. 03443900

ATTORNEYS FOR DEFENDANT
BROWNSVILLE INDEPENDENT SCHOOL
DISTRICT


### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Certificate of Filing has been sent by certified mail, return receipt requested on the 24 day of September, 2002, to:

| | |
|---|---|
| Michael Pruneda | **Certified Mail, Return Receipt Requested** |
| The Pruneda Law Firm, P.L.L.C | **No. 7002 0510 0002 6095 5873** |
| P.O. Box T | |
| Pharr, Texas 78577 | |

_____
JOE A. DE LOS SANTOS

CAUSE NO. 2002-01-153-E

| | | |
|---|---|---|
| NORMA ORTIZ and CATALINA GARCIA § | | THE 357TH DISTRICT COURT |
| §  | | |
| VS. § | | |
| § | | |
| BROWNSVILLE INDEPENDENT § | | OF |
| SCHOOL DISTRICT, RANDY DUNN, § | | |
| MARILYN DEL BOSQUE GILBERT, § | | |
| NOE SAUCEDA, and EDDIE ERRISURIZ, § | | |
| in their official and individual capacity, and § | | |
| employees, agents, and all those acting in § | | |
| concert or at their discretion § | | CAMERON COUNTY, TEXAS |

## NOTICE TO STATE COURT DISTRICT CLERK OF FILING OF NOTICE OF REMOVAL

TO:   Ms. Aurora De La Garza
      District Clerk, Cameron County
      Cameron County Courthouse
      974 E. Harrison Street
      Brownsville, Texas 78520

Please note that the Defendant Brownsville Independent School District in the above-styled and numbered cause have, pursuant to federal law, transmitted for filing with the Clerk of the United States District Court for the Southern District of Texas, Brownsville Division, a Notice of Removal, and that this action has thereby been removed to the United States District Court as of this 24th day of September, 2002. This Notice is being provided to you pursuant to the provisions of 28 U.S.C. § 1446. Attached as Exhibit "A" and incorporated by reference for all purposes is a true and correct copy of the Notice of Removal filed this date with the Clerk of the United States Court for the Southern District of Texas, Brownsville Division.



EXHIBIT 1

Respectfully Submitted.

WALSH, ANDERSON, BROWN,
 SCHULZE & ALDRIDGE, P.C.
100 NE Loop 410, Suite 1000
San Antonio, Texas 78216
Tel No. 210-979-6633
Fax No. 210-979-7024

By: _____
JOE A. DE LOS SANTOS
State Bar No. 24007100

DANIEL M. BURNS
State Bar No. 03443900

ATTORNEYS FOR DEFENDANTS
BROWNSVILLE INDEPENDENT SCHOOL
DISTRICT, ET. AL.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice to State Court District Clerk of Filing of Notice of Removal has been sent by certified mail, return receipt requested on the 24 day of September, 2002, to:

Michael Pruneda
The Pruneda Law Firm, P.L.L.C
P.O. Box T
Pharr, Texas 78577

**Certified Mail, Return Receipt Requested
No. 7002 0510 0002 6095 5873**

_____
JOE A. DE LOS SANTOS

- 2 -

CAUSE NO. 2002-01-153-E

| | | |
|---|---|---|
| NORMA ORTIZ and CATALINA GARCIA § | | THE 357ᵀᴴ DISTRICT COURT |
| § | | |
| VS. § | | |
| § | | |
| § | | |
| BROWNSVILLE INDEPENDENT § | | OF |
| SCHOOL DISTRICT, RANDY DUNN, § | | |
| MARILYN DEL BOSQUE GILBERT, § | | |
| NOE SAUCEDA, and EDDIE ERRISURIZ, § | | |
| in their official and individual capacity, and § | | |
| employees, agents, and all those acting in § | | |
| concert or at their discretion § | | CAMERON COUNTY, TEXAS |

## NOTICE OF REMOVAL TO PLAINTIFFS

TO:   Plaintiffs, Norma Ortiz and Catalina Garcia
      By and through his attorney of record:

      Michael Pruneda
      The Pruneda Law Firm, P.L.L.C
      P.O. Box T
      Pharr, Texas 78577

Please take notice that the above-referenced civil action, in which you are named as Plaintiffs, pending in the 357th Judicial District Court of Cameron County, Texas, against BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, has been removed from that Court to the United States District Court for the Southern District of Texas, Brownsville Division, effective as of the 24th day of September, 2002. On this date, a Notice of Removal, a copy of which is attached and incorporated as Exhibit "A," was transmitted for filing with the Clerk of the U. S. District Court, effecting removal of this civil action pursuant to the provisions of 28 U.S.C. § 1446.

**EXHIBIT 2**

Respectfully Submitted,

WALSH, ANDERSON, BROWN,
  SCHULZE & ALDRIDGE, P.C.
100 NE Loop 410, Suite 1000
San Antonio, Texas 78216
Tel No. 210-979-6633
Fax No. 210-979-7024

By: _____
JOE A. DE LOS SANTOS
State Bar No. 24007100

DANIEL M. "MATT" BURNS
State Bar No. 03443900

ATTORNEYS FOR DEFENDANTS
BROWNSVILLE INDEPENDENT SCHOOL
DISTRICT, ET. AL.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice of Removal to Plaintiffs has been sent by U. S. mail, certified, return receipt requested on the 24 day of September, 2002, to:

Mr. Michael Pruneda
The Pruneda Law Firm, P.L.L.C
P.O. Box T
Pharr, Texas 78577

**Certified Mail, Return Receipt Requested
No. 7002 0510 0002 6095 5873**

_____
JOE A. DE LOS SANTOS