IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas

OCT 0 9 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| NORMA ORTIZ and CATALINA GARCIA § § Plaintiffs § § vs. § BROWNSVILLE INDEPENDENT § SCHOOL DISTRICT, RANDY DUNN, § NOE SAUCEDA, and EDDIE ERRISURIZ, § in their official and individual capacity, and § employees, agents, and all those acting in § concert or at their discretion § § Defendants § | CIVIL ACTION NO. B-02-184 |



### DEFENDANT'S LIST OF INTERESTED PARTIES

PLAINTIFFS:  NORMA ORTIZ
             CATALINA GARCIA

DEFENDANT:
BROWNSVILLE INDEPENDENT
SCHOOL DISTRICT

Plaintiffs' Attorney of Record:
Mr. Michael Pruneda

Defendant's Attorneys of Record:
Walsh, Anderson, Brown,
 Schulze & Aldridge, P.C.
Mr. Joe A. De Los Santos
Mr. Daniel M. Burns

Respectfully submitted,

WALSH, ANDERSON, BROWN,
 SCHULZE & ALDRIDGE, P.C.
100 NE Loop 410, Suite 1000
San Antonio, Texas 78216
TEL NO. (210) 979-6633
FAX NO. (210) 979-7024

By: _____
    JOE A. DE LOS SANTOS,
    Attorney-in-Charge
    State Bar No. 24007100
    Admission No. 24370

DANIEL M. "MATT" BURNS
State Bar No. 03443900

ATTORNEYS FOR DEFENDANT
BROWNSVILLE INDEPENDENT SCHOOL
DISTRICT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Defendant's List of Interested Parties has been sent by certified mail, return receipt requested on the __4__ day of October, 2002, to:

Michael Pruneda                     **Certified Mail, Return Receipt Requested**
The Pruneda Law Firm, P.L.L.C       **No. 7002 0510 0002 6094 9162**
P.O. Box T
Pharr, Texas 78577

_____
JOE A. DE LOS SANTOS