IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| NORMA ORTIZ and CATALINA GARCIA ♦ | |
| ♦ | |
| V. ♦ | |
| ♦ | |
| ♦ | CIVIL ACTION B-02-184 |
| BROWNSVILLE INDEPENDENT SCHOOL ♦ | |
| DISTRICT, RANDY DUNN, NOE SAUCEDA ♦ | (JURY REQUESTED) |
| and EDDIE ERRISURIZ, in their official and ♦ | |
| individual capacity, *and employees, agents, and all* ♦ | |
| *those acting in concert or at their discretion* ♦ | |

United States District Court
Southern District of Texas
FILED

OCT 3 1 2002

Michael N. Milby
Clerk of Court

### PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE JUDGE OF SAID COURT:

Subject to Plaintiffs' Motion to Remand, the following are persons that are interested in the outcome of this litigation:

Plaintiff, Norma Ortiz

Plaintiff, Catalina Garcia

Defendant, Brownsville Independent School District

Defendant, Randy Dunn

Defendant, Noe Sauceda

Defendant, Eddie Errisuriz

Plaintiffs' attorney of record:

Michael Pruneda
THE PRUNEDA LAW FIRM, P.L.L.C

Defendants' attorney of record:

Joe A. De Los Santos
Matt Burns
WALSH, ANDERSON, BROWN, SCHULZE & ALDRIDGE

1

Respectfully submitted,

THE PRUNEDA LAW FIRM, P.L.L.C.

P.O. Box T
Pharr, Texas 78577-1220
(956) 702-9675
(956) 702-9659 Fax

By: _____
*MICHAEL PRUNEDA*
State Bar No. 24025601
Fed. I.D. No. 25659

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above has this day been mailed by certified mail, return receipt requested to the following attorney of record:

Joe A. De Los Santos
WALSH, ANDERSON, BROWN, SCHULZE & ALDRIDGE
100 NE Loop 410, Suite 1000
San Antonio, Texas 78216

Signed on this 30 day of October, 2002.

MICHAEL PRUNEDA