9

**WALSH, ANDERSON, BROWN, SCHULZE & ALDRIDGE, P.C.**

ATTORNEYS AT LAW

AUSTIN • SAN ANTONIO • IRVING

United States District Court
Southern District of Texas
FILED

DEC 1 9 2002

Michael N. Milby
Clerk of Court

December 17, 2002

**CERTIFIED MAIL # 7002 2410 0005 3140 0113
RETURN RECEIPT REQUESTED**

Mr. Juan Barbosa
U. S. District Clerk
1158 Federal Building
600 E. Harrison, 1st Floor
Brownsville, Texas 78520

    Re:    Civil Action No. B-02-184; *Norma Ortiz, et al vs. Brownsville Independent School District, et. al*, Southern District of Texas, Brownsville Division

Dear Mr. Barbosa:

This letter will serve as notification to the Court of my vacation schedule, which will be from **December 20, 2002** through and including **January 3, 2003**.

By copy of this letter, I am advising all attorneys of record of my vacation schedule, and ask that they provide me the courtesy of scheduling hearings, discovery, depositions and other proceedings requiring my attendance or attention at times convenient to all parties prior to or subsequent to the dates set out above.

If you should have any questions regarding the above, please do not hesitate to call.

Sincerely,

JOE A. DE LOS SANTOS

JAD/ag
cc:    Mr. Johnny Pineda
       Mr. Michael Pruneda, CMRRR #7002 2410 0005 3140 0120