# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### NOTICE OF RE-SETTING

*United States District Court*
*Southern District of Texas*
*ENTERED*

*JAN 0 9 2003*

*Michael N. Milby, Clerk of Court*
*By Deputy Clerk*

| | |
|---|---|
| NORMA ORTIZ, ET AL § | |
| § | |
| VS. § | CIVIL ACTION NO. B-02-184 |
| § | |
| BROWNSVILLE INDEPENDENT SCHOOL § | |
| DISTRICT, ET AL § | |

TYPE OF CASE:   __X__ CIVIL            ____ CRIMINAL

TAKE NOTICE that the proceeding in this case has been re-set as indicated below:

TYPE OF PROCEEDING:   **SCHEDULING CONFERENCE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

| PLACE: | ROOM NO.: |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE** <br> **600 E. HARRISON STREET** <br> **BROWNSVILLE, TEXAS** | **THIRD FLOOR COURTROOM, #6** |
| DATE AND TIME PREVIOUSLY SCHEDULED: | RESET TO DATE AND TIME: |
| January 24, 2003 @ 9:30 a.m. | January 23, 2003 @ 9:30 a.m. |

MICHAEL N. MILBY, CLERK

BY: _____
Irma A. Soto, Deputy Clerk

DATE: January 8, 2003

TO: ALL COUNSEL OF RECORD