

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | |
|---|---|
| NORMA ORTIZ and CATALINA GARCIA §<br>　　Plaintiffs, §<br>　　§<br>v. §<br>　　§<br>BROWNSVILLE INDEPENDENT SCHOOL §<br>DISTRICT, RANDY DUNN, §<br>NOE SAUCEDA, and EDDIE ERRISURIZ, §<br>　　Defendants § | CIVIL ACTION NO. B-02-184 |

## ORDER

Defendants removed this case to federal court on September 24, 2002. Plaintiffs moved to remand and further moved for sanctions or costs and fees to be assessed against the Defendants for improperly removing the case. Having reviewed the parties' arguments, this court **denies** Plaintiffs' motions; an opinion will follow in due course.

The initial pretrial conference in this case will proceed as scheduled at 9:30 AM on January 23, 2003.

Done at Brownsville, Texas, this __14th__ day of __J——__, 2003.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Andrew S. Hanen
　　　　　　　　　　　　　　　　　United States District Judge