United States District Court
Southern District of Texas
FILED

JAN 23 2003

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

### SCHEDULING CONFERENCE

CIVIL ACTION NO. **B-02-184**          DATE & TIME **1/23/03 @ 9:38 -10:01 am**

NORMA ORTIEZ, ET AL                    PLAINTIFF'S **MICHAEL PRUNEDA**
                                       COUNSEL
VS

BROWNSVILLE INDEPENDENT SCHOOL         DEFENDANTS' **JOE DE LOS SANTOS**
DISTRICT, ET AL                        COUNSEL      **MATT BURNS**

---

Courtroom Deputy: Irma Soto
Law Clerk:        Patrick Raulerson
Court Reporter:   Barbara Barnard
CSO:              D. Figueroa

Michael Pruneda for Plaintiffs.  Joe De Los Santos and Matt Burns appeared for the Defendants.
All parties announced present and ready for scheduling conference.

The following deadlines were given by the court:

  New parties must be joined by February 15, 2003
  Plaintiffs' experts be named by April 15, 2003
  Defendants' experts be named by May 15, 2003
  Discovery must be completed by August 29, 2003
  Dispositive motions be filed by August 15, 2003
  Non-Dispositive motions be filed by September 1, 2003
  Joint Pretrial Order is due by September 12, 2003
  Final Pretrial Conference is set for September 26, 2003 @ 1:30 pm
  Jury Selection is set for October 3, 2003 @ 9:00 am


Attorneys requesting to voir dire jurors have to be in agreement and inform the Court by January 26, 2003.  Court may allow attorneys to voir dire jurors after court instructions.

Court requests in letter form by February 14, 2003 from Plaintiffs' attorney who are the individual defendants left and also what claims are left.

Court is adjourned.