IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JAN 2 4 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| NORMA ORTIZ, ET AL | § § | |
| VS. | § § | CIVIL ACTION NO. B-02-184 |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, ET AL | § § § | |

## Scheduling Order

1. Trial: Estimated time to try: __10__ days.        ☐ Bench   ☒ Jury

2. New parties must be joined by:                    February 15, 2003

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   April 15, 2003

4. The defendant's experts must be named with a report furnished by:   May 15, 2003

5. Discovery must be completed by:                   August 29, 2003

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:             August 15, 2003

   Non-Dispositive Motions will be filed by:         September 1, 2003

************************ The Court will provide these dates. ************************

7. Joint pretrial order is due:                      September 12, 2003

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Final Pretrial conference is set for 1:30 p.m. on:   September 26, 2003

9. Jury Selection is set for 9:00 a.m. on:           October 3, 2003

The case will remain on standby until tried.

Signed this the __23rd__ day of __January__, 2003.

_____
Andrew S. Hanen
United States District Judge