United States District Court
Southern District of Texas
FILED

MAR 2 4 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NORMA ORTIZ and CATALINA GARCIA | § § | |
| Plaintiffs | § § | |
| vs. | § § | CIVIL ACTION NO. B-02-184 |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, RANDY DUNN, NOE SAUCEDA, and EDDIE ERRISURIZ, in their official and individual capacity, and employees, agents, and all those acting in concert or at their discretion | § § § § § § § | |

## CERTIFICATE OF CONFERENCE ON DEFENDANT'S MOTION FOR PROTECTIVE ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

On March 21, 2003, the undersigned's legal assistant has conferred with Plaintiffs' counsel regarding the contents of Defendant's Motion for Protective Order previously filed herein with the Court, who indicated that he does oppose this Motion.

Respectfully submitted,

WALSH, ANDERSON, BROWN,
 SCHULZE & ALDRIDGE, P.C.
100 NE Loop 410, Suite 1000
San Antonio, Texas 78216
TEL NO. (210) 979-6633
FAX NO. (210) 979-7024

By: _____
JOE A. DE LOS SANTOS, by Robert Burns,
Attorney-in-Charge       with permission
State Bar No. 24007100   (State Bar No. 17443500
Admission No. 24370      (Admission No. 14034)

DANIEL M. "MATT" BURNS
State Bar No. 03443900

ATTORNEYS FOR DEFENDANT
BROWNSVILLE INDEPENDENT SCHOOL
DISTRICT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Defendant Brownsville Independent School District's Certificate of Conference on Motion for Protective Order has been sent by certified mail, return receipt requested, on the 21st day of March, 2003, to:

Michael Pruneda                **Certified Mail, Return Receipt Requested**
The Pruneda Law Firm, P.L.L.C  **No. 7001 0360 0003 2630 3783**
P.O. Box T
Pharr, Texas 78577

_____
JOE A. DE LOS SANTOS, by Robert Burns,
                              with permission

*Certificate of Conference*
*CA No. B-02-184*
*Page 2 of 2*