# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### NOTICE OF HEARING

United States District Court
Southern District of Texas
ENTERED

MAR 2 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| NORMA ORTIZ, ET AL § | |
| § | |
| VS. § | CIVIL ACTION NO. B-02-184 |
| § | |
| BROWNSVILLE INDEPENDENT SCHOOL § | |
| DISTRICT, ET AL § | |

TYPE OF CASE:        __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING: **HEARING ON MOTION FOR PROTECTIVE ORDER**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:                                                                          ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**                **THIRD FLOOR COURTROOM, #6**
**600 E. HARRISON STREET**                                       **BEFORE JUDGE ANDREW S. HANEN**
**BROWNSVILLE, TEXAS**

DATE AND TIME: APRIL 10, 2003 @ 11:00 AM

TAKE NOTICE THAT <u>ALL DISCOVERY IS STAYED PENDING HEARING</u>

Michael N. Milby, Clerk

BY: _/s/ Irma A. Soto_
Irma A. Soto, Deputy Clerk

DATE: March 28, 2003

TO: ALL COUNSEL OF RECORD