

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 9 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| NORMA ORTIZ and CATALINA GARCIA | ♦ |
| | ♦ |
| V. | ♦ |
| | ♦ |
| | ♦  CIVIL ACTION B-02-184 |
| BROWNSVILLE INDEPENDENT SCHOOL | ♦ |
| DISTRICT, RANDY DUNN, NOE SAUCEDA | ♦  (JURY REQUESTED) |
| and EDDIE ERRISURIZ, in their official and | ♦ |
| individual capacity, *and employees, agents, and all* | ♦ |
| *those acting in concert or at their discretion* | ♦ |

## PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, the Plaintiffs NORMA ORTIZ and CATALINA GARCIA, and file this their response to Defendants' motion for protective order and in support show the following:

I.

Defendants have filed a protective order in response to Plaintiffs' First Set of Comprehensive Discovery Requests to Defendant Noe Sauceda, Plaintiffs' First Set of Comprehensive Discovery Requests to Defendant Eddie Errisuriz, Plaintiffs' First Set of Comprehensive Discovery Requests to Defendant Randy Dunn, and Plaintiffs' Fourth Requests for Production to Brownsville Independent School District. In response, Plaintiffs disagree with the reasons presented in such motion and request that Defendants, individually and jointly, respond to such requests pursuant to the Federal Rules of Civil Procedure.

II.

Defendants reasons for their motion for protection is two part: (1) Defendants are non-parties until the court rules on the parties' briefs; and (2) discovery requests are not proper as they were sent to non-parties. Both of these arguments must fail. As to the first reason, Defendants are wholly misrepresenting the status of the Defendants. Each of the Defendants is a party to this case

in that each has subjected itself to the jurisdiction of this court in their Notice of Removal and by appearing in said litigation. Defendants arguments seem to be based, in theory, that they have absolutely no obligations to this court or in this litigation due to oral representations to the court during the initial pre-trial conference. Defendants neither filed a motion asking this court to take action nor did they argue to the court that their position was supported by law. Defendants have merely made an attempt to delay this litigation by justifying their failure to respond on this court's request to enlighten it on the status of the parties and the causes of action in place at that time. Plaintiffs do not recollect this court abating this litigation or any part of discovery for further ruling by the court. The Defendants second reason is just as lethargic. There has been no evidence submitted whatsoever that any Defendant has been dismissed as a party to this litigation. Neither the state court nor this court has taken any action on the claims set forth in Plaintiffs' latest live pleading. Further, Defendants have given no reason whatsoever why Defendant Brownsville I.S.D. has rashly failed to respond to discovery. Defendant Brownsville I.S.D. has always been a party to this case and there are no reasons presented, either in the motion or oral, that allege that this Defendant has no legal standing to proceed.

## III.

Plaintiffs ask that this court deny Defendants' motion and ask that this court proceed in allowing justice to be done so that each of the respective parties can prepare for trial. WHEREFORE PREMISES CONSIDERED, Plaintiffs pray that this honorable court deny Defendants' motion and any other further relief to which they may be justly entitled.

                Respectfully submitted,

                THE PRUNEDA LAW FIRM, P.L.L.C.

                P.O. Box T
                Pharr, Texas 78577
                Tel: (956) 702-9675
                Fax: (956) 702-9659

By: _____
                *MICHAEL PRUNEDA*
                State Bar No. 24025601
                Fed. I.D. No. 25659

                ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded on the following parties and counsel as noted below:

Signed on this the __8__ day of __April__, 2003

*Via Fax (210) 979-7024*

Joe A. De Los Santos
WALSH, ANDERSON, BROWN, SCHULZE & ALDRIDGE
100 NE Loop 410, Suite 1000
San Antonio, Texas 78216

_____
Michael Pruneda

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| NORMA ORTIZ and CATALINA GARCIA | ♦ |
| | ♦ |
| V. | ♦ |
| | ♦ |
| | ♦ CIVIL ACTION B-02-184 |
| BROWNSVILLE INDEPENDENT SCHOOL | ♦ |
| DISTRICT, RANDY DUNN, NOE SAUCEDA | ♦ (JURY REQUESTED) |
| and EDDIE ERRISURIZ, in their official and | ♦ |
| individual capacity, *and employees, agents, and all* | ♦ |
| *those acting in concert or at their discretion* | ♦ |

## ORDER

On this the _____ day of _____, 2003 came to be heard Defendants' Motion for Protective Order, and the court having considered the motion, response and arguments, if any, is of the opinion that it should be DENIED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion for Protective Order is hereby DENIED.

SIGNED the _____ day of _____, 2003.

_____
PRESIDING JUDGE

Michael Pruneda
THE PRUNEDA LAW FIRM, P.L.L.C.
P.O. Box T
Pharr, Texas 78577

Joe A. De Los Santos
WALSH, ANDERSON, BROWN, SCHULZE & ALDRIDGE
100 NE Loop 410, Suite 1000
San Antonio, Texas 78216