United States District Court
Southern District of Texas
FILED

APR 1 0 2003

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

## MOTION HEARING

CIVIL ACTION NO. B-02-184          DATE & TIME 4/10/03 @        am

NORMA ORTIZ, ET AL                 PLAINTIFF'S MICHAEL PRUNEDA
                                   COUNSEL
VS

B I S D, ET AL                     DEFENDANTS' MATT BURNS
                                   COUNSEL

Courtroom Deputy: Irma Soto (Butch Barbosa)
Law Clerk:        Patrick Raulerson
Court Reporter:   Barbara Barnard
CSO:

Case is call on the docket.

Hearing on Motions for Protective Order. Court quashes any discovery at this time. Parties may take depositions but must notify parties before. Parties have until April 18, 2002 to notify court as to which options they will take in this case.

Court is adjourned.