United States District Court
Southern District of Texas
FILED

APR 1 7 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| NORMA ORTIZ and CATALINA GARCIA | ♦ |
| | ♦ |
| V. | ♦ |
| | ♦ |
| | ♦ CIVIL ACTION B-02-184 |
| BROWNSVILLE INDEPENDENT SCHOOL | ♦ |
| DISTRICT, RANDY DUNN, NOE SAUCEDA | ♦ (JURY REQUESTED) |
| and EDDIE ERRISURIZ, in their official and | ♦ |
| individual capacity, *and employees, agents, and all* | ♦ |
| *those acting in concert or at their discretion* | ♦ |

## **PLAINTIFFS' MOTION FOR PROTECTIVE ORDER**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME, the Plaintiffs NORMA ORTIZ and CATALINA GARCIA, and file this their motion for protective order and in support shows the following:

I.

Plaintiffs' seek temporary protection from the court so that Plaintiffs can be granted sufficient time to respond to various discovery requests by Defendant Brownsville ISD. On or about March 21, 2003, Defendant Brownsville ISD served Plaintiffs with its First of Interrogatories and Request for Production to Plaintiffs Norma Ortiz and Catalina Garcia. On or about March 28, 2003, this court issued an order setting a hearing for April 10, 2003. Additionally, the court also ordered the following: TAKE NOTICE THAT ALL DISCOVERY IS STAYED PENDING HEARING.

II.

On April 10, 2003, the parties appeared before the court and Plaintiffs inquired as to deadlines for their responses to these discovery requests. The court advised the parties to come to an agreement. Plaintiffs have attempted to contact Defendant through its counsel, but have received no response nor proposed agreement. Plaintiffs do not file this motion to cause any further delay, but only seek that justice be done. Plaintiffs request that the court protect them from any waivers of

objectionable requests and further order deadlines with regard to these discovery requests or recommend a solution to the parties and that discovery be stayed until such notice.

WHEREFORE PREMISES CONSIDERED, Plaintiffs pray that this honorable court grant Plaintiffs' motion and any other further relief to which they may be justly entitled.

Respectfully submitted,

THE PRUNEDA LAW FIRM, P.L.L.C.

P.O. Box T
Pharr, Texas 78577
Tel: (956) 702-9675
Fax: (956) 702-9659

By: _____
MICHAEL PRUNEDA
State Bar No. 24025601

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE AND CONFERENCE

I hereby certify that a true and correct copy of the foregoing document has been forwarded on the following parties and counsel as noted below and that Plaintiffs made attempts to contact Defendants:

Signed on this the 17 day of April, 2003

Joe A. De Los Santos
WALSH, ANDERSON, BROWN, SCHULZE & ALDRIDGE
100 NE Loop 410, Suite 1000
San Antonio, Texas 78216

Michael Pruneda