24

# THE PRUNEDA LAW FIRM, P.L.L.C.

944 W. Nolana Loop, Ste. B
P.O. Box T
Pharr, Texas 78577-1220

Office: (956) 702-9675
Fax:    (956) 702-9659

April 17, 2003

United States District Court
Southern District of Texas
FILED

APR 17 2003

Michael N. Milby
Clerk of Court

*Via Courier*

Hon. Andrew S. Hanen
Judge, U.S. DISTRICT COURT
U.S. District Court Courthouse
Southern District of Texas—Brownsville Division
600 E. Harrison, Suite 301
Brownsville, Texas  78520

> Re:  *Norma Ortiz and Catalina Garcia v. Brownsville I.S.D. et al.;*
>      Civil Case No. B-02-184;

## SECOND LETTER TO COURT

Dear Judge Hanen:

Per your request in open court, I would like to respond on behalf of my clients in recommending an amicable resolution to the claims brought against Defendants Sauceda, Errisuriz, and Dunn.

The Plaintiffs strongly believe that the claims brought against the individual Defendants are not only supported by the evidence, but also currently alive due to the latest live pleading.  It would only be in the interest of Plaintiffs, Defendants, and this court that such issues relating to these Defendants be severed from those of the governmental entity Defendant BISD so that issues relating to the interpretation of procedural and substantive state law can be addressed in the state courts.

Plaintiffs, as a result, would recommend a severance of the claims and parties as recommended by this court in the interest of justice.

Should you have any questions or wish to discuss this matter further, please do not hesitate to call.  Thank you for your usual kind courtesies.

Very truly yours

THE PRUNEDA LAW FIRM, P.L.L.C.

Michael Pruneda

cc:    Joe A. De Los Santos
       WALSH, ANDERSON, BROWN, SCHULZE & ALDRIDGE
       100 NE Loop 410, Suite 1000
       San Antonio, Texas 78216