IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 2 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| NORMA ORTIZ and CATALINA GARCIA | § § | |
| Plaintiffs | § § § | |
| vs. | § § | CIVIL ACTION NO. B-02-184 |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, RANDY DUNN, NOE SAUCEDA, and EDDIE ERRISURIZ, in their official and individual capacity, and employees, agents, and all those acting in concert or at their discretion | § § § § § § § § § | |
| Defendants | § | |

**DEFENDANT BROWNSVILLE INDEPENDENT SCHOOL DISTRICT'S
RESPONSE TO MOTION FOR PROTECTIVE ORDER**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant, BROWNSVILLE INDEPENDENT SCHOOL DISTRICT (hereinafter "Brownsville ISD"), and files this its Response to Plaintiffs' Motion for Protective Order and would show the Court as follows:

I.

On April 17, 2003, Plaintiffs filed a Motion for Protective Order requesting that the Court protect them from any waivers of objectionable questions because the parties had not come to an agreement on outstanding discovery deadlines. Plaintiffs also request that this Court recommend a solution to the parties regarding discovery and stay such discovery until further notice. Defendant Brownsville Independent School District maintains that Motion is not necessary and is now moot.

Although parties have been unable to confer on the issue by telephone, on April 17, 2003, the Brownsville Independent School District confirmed in writing to Plaintiffs that the parties had until April 25, 2003 to respond and object to any outstanding discovery. (See Exhibit A). The District also offered to mutually extend the time for the parties to respond to said discovery if necessary in attempt to accommodate Plaintiffs schedule. In light of the foregoing, the School District maintains Plaintiffs' Motion for Protective Order is not necessary and, consequently, requests that the Court deny said Motion.

WHEREFORE PREMISES CONSIDERED, Defendant Brownsville Independent School District requests that its Plaintiffs' Motion for Protective Order be denied, and that it be allowed all such other and further relief to which it shows itself justly entitled.

Respectfully submitted,

WALSH, ANDERSON, BROWN,
 SCHULZE & ALDRIDGE, P.C.
100 NE Loop 410, Suite 1000
San Antonio, Texas 78216
TEL NO. (210) 979-6633
FAX NO. (210) 979-7024

By: _____
JOE A. DE LOS SANTOS,
Attorney-in-Charge
State Bar No. 24007100
Admission No. 24370

DANIEL M. "MATT" BURNS
State Bar No. 03443900

ATTORNEYS FOR DEFENDANT
BROWNSVILLE INDEPENDENT SCHOOL
DISTRICT

## CERTIFICATE OF CONFERENCE

I, Joe De Los Santos, certify that I have attempted to confer with Plaintiffs' counsel of record as to their position on this motion. Counsel of record was not available.

_____
JOE A. DE LOS SANTOS

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing Defendant Brownsville Independent School District's Response to Motion for Protective Order has been sent by certified mail, return receipt requested, on this 21st day of April, 2003, to:

| | |
|---|---|
| Michael Pruneda<br>The Pruneda Law Firm, P.L.L.C<br>P.O. Box T<br>Pharr, Texas 78577 | **Certified Mail, Return Receipt Requested**<br>**No. 7002 3150 0004 5715 8745** |

JOE A. DE LOS SANTOS



# WALSH, ANDERSON, BROWN, SCHULZE & ALDRIDGE, P.C.

ATTORNEYS AT LAW

AUSTIN • SAN ANTONIO • IRVING

April 17, 2003

Mr. Michael Pruneda  
The Pruneda Law Firm, P.L.L.C  
PO Box T  
Pharr, Texas 78577

*Via Facsimile Only*  
*956/702-9659*

Re: Civil Action No. B-02-184, *Norma Ortiz, et al v. Brownsville Indep. Sch. Dist., et al*, in the United States District Court for the Southern District of Texas, Brownsville Division.

Dear Michael:

Thank you for your letter concerning the extension of time for discovery responses in the above matter. My recollection is that we stipulated both sides will have an additional two weeks to respond. If this matches your recollection please so indicate by signing below. Also, if you would care to mutually extend the response date a bit further we would not object.

To help ensure we are each operating under the same assumptions, following is a complete list of my notes from our recent hearing:

1. Parties are required to agree on dates for depositions of the three individuals at issue:

    a. Plaintiff must notice the depositions;
    b. Documents may be requested by subpoena duces tecum.

2. The interrogatories and request for admission propounded to the individuals are quashed.

3. By June 18, the parties need to inform court by letter of their opinions regarding the following options:

    a. Proceed in federal court with all parties, perhaps arguing the state motion for summary judgment anew, including newly raised claims.
    b. Consider the state judgment final.
    c. Sever the cases and remand the individuals to state court for further proceedings.
    d. Consider defendant's motion to strike filed in the state court.

6300 La Calma, Suite 200 • Austin, Texas 78752 • P.O. Box 2156, Austin, Texas 78768 • 512/454-6864, Fax 512/467-9318



EXHIBIT A

Mr. Pruneda
April 17, 2003
Page 2

The Court has also asked us to bring forward any other options for consideration.

4. Both sides have an additional 2 weeks to answer discovery

5. The individuals may not conduct discovery until such time as they may be determined to be parties to the federal case.

Thank you for your attention to these matters. If you have any questions please do not hesitate to contact me.

Sincerely,

Daniel M. "Matt" Burns

Agreed:

_____