IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 2 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| NORMA ORTIZ and CATALINA GARCIA § | |
| § | |
| V. § | |
| § | CIVIL ACTION B-02-184 |
| BROWNSVILLE INDEPENDENT SCHOOL § | |
| DISTRICT, RANDY DUNN, NOE SAUCEDA § | (JURY REQUESTED) |
| and EDDIE ERRISURIZ, in their official and § | |
| individual capacity, *and employees, agents, and* § | |
| *all those acting in concert or at their discretion* § | |

## ORDER

On this the 22nd day of May, 2003 came to be heard Plaintiffs' Motion for Protective Order, and the court having considered the motion and response is of the opinion that it should be partially GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs' Motion for Protective Order is hereby GRANTED to the extent that any discovery remains unanswered. Plaintiffs deadline to respond to any outstanding Defendants' discovery requests is June 6, 2003. The remaining discovery are to be handled as per the hearing as generally recapped in Defendants' letter of April 17, 2003.

SIGNED and ENTERED this 22nd day of May, 2003.

_____
Honorable Andrew S. Hanen
United States District Judge

copies to:

Michael Pruneda
THE PRUNEDA LAW FIRM, P.L.L.C.
P.O. Box T
Pharr, Texas 78577

Joe A. De Los Santos
WALSH, ANDERSON, BROWN, SCHULZE & ALDRIDGE
100 NE Loop 410, Suite 1000
San Antonio, Texas 78216