IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 3 0 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| NORMA ORTIZ and CATALINA GARCIA § § Plaintiffs § § vs. § § BROWNSVILLE INDEPENDENT § SCHOOL DISTRICT, RANDY DUNN, § NOE SAUCEDA, and EDDIE ERRISURIZ, § in their official and individual capacity, and § employees, agents, and all those acting in § concert or at their discretion § § Defendants § | CIVIL ACTION NO. B-02-184 |

## AGREED MOTION FOR MEDIATION
## AND ABATEMENT OF SCHEDULING ORDER

I.

The parties have agreed to attempt to resolve the above-referenced matter through mediation. To avoid additional costs being incurred, the parties ask that all proceedings be stayed and require that the mediation occur within forty days of the Court's referral. Specifically, the parties are requesting that the Court abate the current deadlines in the Court's January 24, 2003, Scheduling Order pending the outcome of mediation. At which time, the parties will report to the Court the outcome of the mediation and, if necessary, request that the Court enter a new Scheduling Order concerning discovery deadlines, dispositive and non-dispositive deadlines, and pretrial and trial deadlines. To expedite this process, the parties have agreed to mediate this matter on or about July 22, 2003.

WHEREFORE PREMISES CONSIDERED, the parties respectfully request an abatement of the current Scheduling Order deadlines as set out above and an order referring this cause to mediation.

Respectfully submitted,

WALSH, ANDERSON, BROWN,
SCHULZE & ALDRIDGE, P.C.

_____
JOE A. DE LOS SANTOS
State Bar No. 24007100
Admission No. 24370
100 N.E. Loop 410, Suite 1000
San Antonio, Texas 78216
TEL: (210) 979-6633

ATTORNEYS FOR DEFENDANT

_____
MICHAEL PRUNEDA
State Bar No. 24025601
Admission No. 25659
The Pruneda Law Firm, P.L.L.C
P.O. Box T
Pharr, Texas 78577

ATTORNEYS FOR PLAINTIFFS

with permission Joe De los Santos

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Agreed Motion for Mediation and Abatement of Scheduling Order has been sent by certified mail, return receipt requested on the 27 day of June, 2003, to:

| | |
|---|---|
| Michael Pruneda<br>The Pruneda Law Firm, P.L.L.C<br>P.O. Box T<br>Pharr, Texas 78577 | **Certified Mail, Return Receipt Requested**<br>No. 7002 3150 0004 5715 9513 |

_____
JOE A. DE LOS SANTOS