IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
JUL 1 1 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| NORMA ORTIZ and CATALINA GARCIA | § | |
| | § | |
| Plaintiffs | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-02-184 |
| | § | |
| BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, RANDY DUNN, NOE SAUCEDA, and EDDIE ERRISURIZ, in their official and individual capacity, and employees, agents, and all those acting in concert or at their discretion | § | |
| | § | |
| Defendants | § | |

## ORDER

On this day came to be heard parties Agreed Motion for Mediation and Abatement of Scheduling Order, having reviewed and considered said Motion, the Court is of the opinion that said Motion should GRANTED. Therefore, it is

ORDERED that the parties Agreed Motion for Mediation and Abatement of Scheduling Order be and the same is hereby GRANTED. It is further

ORDERED that the Scheduling Order entered by this Court concerning discovery deadlines, dispositive and non-dispositive deadlines, and pretrial and trial deadlines be abated pending the results of Mediation. It is further

ORDERED that mediation occur within forty days of this Order.

SIGNED this 10th day of July, 2003.

_____
JUDGE PRESIDING

APPROVED BY:

WALSH, ANDERSON, BROWN,
 SCHULZE & ALDRIDGE, P.C.
100 N.E. Loop 410, Suite 1000
San Antonio, Texas 78216
TEL: (210) 979-6633
FAX: (210) 979-7024

BY: _____
JOE A. DE LOS SANTOS
State Bar No. 24007100
Admission No. 24370

ATTORNEYS FOR DEFENDANT


BY: _____ with
MICHAEL PRUNEDA                  permission
State Bar No. 24025601
Admission No. 25659              Joe De los
The Pruneda Law Firm, P.L.L.C
P.O. Box T                       Santos
Pharr, Texas 78577

ATTORNEY FOR PLAINTIFFS