UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
**ADR MEMORANDUM TO CLERK OF COURT**
(To Be Submitted in duplicate if cases settles before
ADR or within 10 days after completion of ADR)

United States District Court
Southern District of Texas
FILED
AUG 0 6 2003
Michael N. Milby
Clerk of Court

NORMA ORTIZ, ET AL.          Division **BROWNSVILLE DIVISION**
      **Plaintiff(s)**         Civil Action No. B-02-184
v.

BROWNSVILLE I.S.D., ET AL.
      **Defendant(s)**

**ADR METHOD:**   Mediation   __X__   Arbitration   _____
      Mini – trail   _____   Summary Jury Trial   _____

**TYPE OF CASE:** _____

1. Please check one of the following:
   The case referred to ADR settled _____  or did not settle __X__.

2. My total fee and expenses were: **$500.00 PER PARTY (TWO PARTIES.**
   (if you had no fee and expenses, please indicate if the case settled before ADR, OR if the ADR processing was conducted on a no-fee basis pursuant to order of the court or agreement of the parties.)

   _____
   _____

3. Please list names, address and telephone numbers of all parties and all counsel of record:

Mr. Michael Pruneda                FACSIMILE: 956/702-9659
PRUNEDA LAW FIRM                   PHONE: 956/702-9675
P.O. Box T
Pharr, TX 78577-1220

Mr. Joe De los Santos              FACSIMILE: 210/979-7024
WALSH ANDERSON                     PHONE: 210/979-6633
P.O. Box 460606
San Antonio, TX 78246-0606

Date: **July 31, 2003**              **ADR PROVIDER**
                                    Name: **Leo C. Salzman**

                                    Signature *[signed] Leo C. Salzman*

SDTX-ADR.5