# THE PRUNEDA LAW FIRM, P.L.L.C.

944 W. Nolana Loop, Ste. B
P.O. Box T
Pharr, Texas 78577-1220

Office: (956) 702-9675
Fax: (956) 702-9659

31

August 8, 2003

United States District Court
Southern District of Texas
FILED

AUG 11 2003

Michael N. Milby
Clerk of Court

*Via Regular Mail*

Hon. Andrew S. Hanen
Judge, U.S. DISTRICT COURT
U.S. District Court Courthouse
Southern District of Texas—Brownsville Division
600 E. Harrison, Suite 301
Brownsville, Texas 78520

Re: *Norma Ortiz and Catalina Garcia v. Brownsville I.S.D. et al.;*
<u>Civil Case No. B-02-184</u>;

Dear Judge Hanen:

As alternative dispute resolution efforts went unsuccessful, the Plaintiffs would ask for re-issuance of a scheduling order from the court so as to proceed with discovery and any other litigation matters.

Should you have any questions or wish to discuss this matter further, please do not hesitate to call. Thank you for your usual kind courtesies.

Very truly yours

THE PRUNEDA LAW FIRM, P.L.L.C.

Michael Pruneda

cc:  Joe A. De Los Santos
WALSH, ANDERSON, BROWN, SCHULZE & ALDRIDGE
100 NE Loop 410, Suite 1000
San Antonio, Texas 78216