IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| NORMA ORTIZ, ET AL. | § | |
| | § | |
| VS. | § | B-02-184 |
| | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, ET AL. | § | |

## ORDER

The parties unsuccessfully attempted to mediate the above-referenced case. During such attempt, many of the deadlines in the Scheduling Order were either by-passed and several others are fast approaching. This Court, having previously granted an Order Abating those deadlines in order to minimize the costs and expenses to the parties, hereby issues the attached Scheduling Order in lieu of the one dated January 23, 2003.

All current pending motions are denied with leave to refile should any of them again become relevant.

Done in Brownsville, Texas on this 14th day of August, 2003.

_____
Andrew S. Hanen
United States District Judge