IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | | |
|---|---|---|---|
| NORMA ORTIZ, ET AL. | § § | | **United States District Court<br>Southern District of Texas<br>ENTERED** |
| VS. | § § | B-02-184 | AUG 1 5 2003 |
| BROWNSVILLE INDEPENDENT<br>SCHOOL DISTRICT, ET AL. | § § | | Michael N. Milby, Clerk of Court<br>By Deputy Clerk |

## Scheduling Order

1. Trial: Estimated time to try: 10 days.    ☐ Bench    ☒ Jury

2. New parties must be joined by:    September 4, 2003

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    September 30, 2003

   The defendant's experts must be named with a report funished
   within 30 days of the deposition of the plaintiff's expert.

4. Discovery must be completed by:    December 24, 2003

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
   No continuance will be granted because of information acquired in post-deadline discovery.*

5. Dispositive Motions will be filed by:    December 12, 2003

   Non-Dispositive Motions will be filed by:    December 19, 2003

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*   The court will provide these dates.   \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

6. Joint pretrial order is due:    January 17, 2004

   *The plaintiff is responsible for filing the pretrial order on time.*

7. Docket Call is set for 1:30 p.m. on:    January 29, 2004

8. Jury Selection: at 1:30 pm on:    February 5, 2004

The case will remain on standby until tried.

    Signed this the 14th day of August, 2003, at Brownsville, Texas.

                                            Andrew S. Hanen
                                        United States District Judge

**xc:**    **AL COUNSEL OF RECORD**