United States District Court
Southern District of Texas
ENTERED

AUG 2 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NORMA ORTIZ, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-184 |
| | § | |
| BROWNSVILLE INDEPENDENT | § | |
| SCHOOL DISTRICT, ET AL. | § | |

## ORDER

On the 28th day of August, 2003, came to be heard Defendant's Motion to Strike Plaintiffs' Third Amended Petition and the Court, finding that the Motion is without merit, hereby denies same.

The Third Amended Petition was filed in state court. In fact, the allegations contained therein were the basis of this case being removed to federal court. Since the Defendant (BISD) has relied on its allegations to effectuate removal, it seems incongruous that it can now try to strike it. More importantly, the procedure that Defendant is attempting to utilized is primarily reserved for striking amendments that are filed without leave or in violation of some other controlling rule or order. [*See* e.g. Rule 15]. It is really inappropriate to be used to strike a pleading that was filed in state court or as a dispositive motion directed at the merits.

Having said that, this Order should not be read as prohibiting Defendants from filing a more appropriate dispositive motion on the allegations contained in that Plaintiffs' Third Amended Petition/Complaint. Finally, both counsel are reminded that an unresponsed to motion is fair game for this Court to grant.

Done in Brownsville, Texas on this 28th day of August, 2003.

Andrew S. Hanen
United States District Judge