United States District Court
Southern District of Texas
ENTERED

OCT 2 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

NORMA ORTIZ and CATALINA GARCIA §
§
**Plaintiffs** §
§
vs. § CIVIL ACTION NO. B-02-184
§
BROWNSVILLE INDEPENDENT §
SCHOOL DISTRICT, RANDY DUNN, §
NOE SAUCEDA, and EDDIE ERRISURIZ, §
in their official and individual capacity, and §
employees, agents, and all those acting in §
concert or at their discretion §
§
**Defendants** §

## ORDER OF DISMISSAL WITH PREJUDICE

On this day came on to be heard the Motion to Dismiss, with Prejudice, filed by NORMA ORTIZ AND CATALINA GARCIA, Plaintiffs, herein, which Motion requests the Court to dismiss, with prejudice, all of the claims and actions said Plaintiffs have brought against BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, its past, present, and future elected officials or trustees, employees, attorneys, representatives, officers, agents, insurers, reinsurers and successors or assigns, including, Noe Sauceda, Randy Dunn, and Eddie Errisuriz, all in both their official and individual capacities, in the instant lawsuit. After reviewing the pleadings and other documents on file in this cause, the Court is of the opinion and finds that the said Motion is well-taken and should be granted. It is, therefore,

ORDERED, ADJUDGED and DECREED that all claims and actions brought against BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, its past, present, and future elected officials or trustees, employees, attorneys, representatives, officers, agents, insurers, reinsurers and successors or assigns, including, Noe Sauceda, Randy Dunn, and Eddie Errisuriz, all in both their official and individual capacities, in the instant lawsuit by the Plaintiffs shall be and are hereby

DISMISSED, WITH PREJUDICE. Said Plaintiffs shall take nothing against the said Defendant. It is further

ORDERED, ADJUDGED and DECREED that all costs of Court incurred herein be and the same are hereby adjudged against the party incurring the same.

All writs and processes for the enforcement of this Order or the collection of the costs of Court may issue as necessary.

All other relief not expressly granted herein is expressly DENIED.

SIGNED on this the ___15th___ day of ___Oct___, 2003.

_____
JUDGE PRESIDING